**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| JANINE ALI,<br><br>   Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>   Defendant. | No. 1:14-cv-01615-GBL-TRJ |

**DEFENDANT'S FINANCIAL INTEREST DISCLOSURE STATEMENT**

  Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Eli Lilly and Company in the above captioned action, certifies that Eli Lilly and Company has no parent corporation and no publicly held corporation owns more than ten percent of its stock.

DATED this 5th day of January, 2015.

                 By: */s/* Jeffrey T. Bozman
                    Jeffrey T. Bozman
                    Covington & Burling LLP
                    One CityCenter
                    850 Tenth Street, NW
                    Washington, DC 20001
                    Telephone:  (202) 662-5829
                    Facsimile:  (202) 778-5829
                    jbozman@cov.com

                    Attorney for Defendant
                    Eli Lilly and Company

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this instrument has been served upon all counsel of record via email and/or CM/ECF on January 5, 2015.

Peter A. Miller
Miller Legal LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel:  (434) 529-6909
Fax:  (888) 830-1488
Email:  PMiller@MillerLegalLLC.com
*Counsel for Janine Ali*

                                                  By: */s/* Jeffrey T. Bozman
                                                      Jeffrey T. Bozman
                                                      Covington & Burling LLP
                                                      One CityCenter
                                                      850 Tenth Street, NW
                                                      Washington, DC 20001
                                                      Telephone:  (202) 662-5829
                                                      Facsimile:  (202) 778-5829
                                                      jbozman@cov.com
                                                      *Counsel for Eli Lilly and Company*