UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANINE ALI,<br><br>   Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>   Defendant. | 1:14-cv-01615-GBL-TRJ |

## NOTICE OF RELATED ACTION

Plaintiff Janine Ali and Defendant Eli Lilly and Company, by and through their undersigned attorneys, submit this Notice of Related Action to alert the Court that another action is pending in this Court asserting the same causes of action and the same general allegations against the same defendant. *See Hagan-Brown v. Eli Lilly & Company*, 1:14-cv-01614-AJT-JFA (E.D. Va., filed Nov. 26, 2014). Additionally, Plaintiff's counsel in this action also represents the plaintiff in *Hagan-Brown*, and Defendant's counsel in this action also represents the defendant in *Hagan-Brown*.

The cases were not initially noticed as related when they were filed, but both parties agree they are indeed related.

DATED this 21st day of January 2015.

By: */s/* Jeffrey T. Bozman_____
    Jeffrey T. Bozman (83679)
    Michael X. Imbroscio (*pro hac vice*)
    Phyllis A. Jones (*pro hac vice*)
    Brett C. Reynolds (*pro hac vice*)
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001
    Telephone: (202) 662-5335
    Facsimile: (202) 778-5335
    jbozman@cov.com
    mimbroscio@cov.com
    pajones@cov.com
    breynolds@cov.com

    Attorneys for Defendant
    Eli Lilly and Company

    */s/* Peter A. Miller_____
    Peter A. Miller
    Brielle Marie Hunt
    Miller Legal LLC
    175 S. Pantops Drive, Third Floor
    Charlottesville, VA 22911
    Telephone (434) 529-6909
    Facsimile: (888) 830-1488
    PMiller@MillerLegalLLC.com
    bhunt@millerlegalllc.com

    R. Brent Wisner, Esq. (*pro hac vice*)
    BAUM, HEDLUND, ARISTEI &
    GOLDMAN, P.C.
    12100 Wilshire Blvd., Suite 950
    Los Angeles, CA 90025
    Tel: (310) 207-3233
    Fax: (310) 820-7444
    Email: rbwisner@baumhedlundlaw.com

    Attorneys for Plaintiff
    Janine Ali

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Peter A. Miller
Brielle Marie Hunt
Miller Legal LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909
Fax: (888) 830-1488
Email: PMiller@MillerLegalLLC.com
bhunt@millerlegalllc.com

R. Brent Wisner, Esq. (*pro hac vice*)
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444
Email: rbwisner@baumhedlundlaw.com

*Counsel for Janine Ali*

                                              /s/
                                   Jeffrey Todd Bozman (VA 83679)
                                   Covington & Burling LLP
                                   One CityCenter
                                   850 Tenth Street, NW
                                   Washington, DC 20001
                                   Tel: (202) 662-5829
                                   Fax: (202) 778-5829
                                   jbozman@cov.com
                                   *Counsel for Eli Lilly and Company*