**Exhibit A - List of Related Cases**

Ali v. Eli Lilly & Co., 1:14-cv-01615 (E.D. Va.)
Barrett v. Eli Lilly & Co., 5:14-cv-01675 (C.D. Cal.)
Boling v. Eli Lilly & Co., 8:14-cv-02554 (D. Md.)
Brotherton v. Eli Lilly & Co., 8:14-cv-02876 (M.D. Fla.)
Caporale v. Eli Lilly & Co., 5:14-cv-01662 (C.D. Cal.)
Carpenter v. Eli Lilly & Co., 1:14-cv-540 (D.N.H.)
Cheney v. Eli Lilly & Co., 1:14-cv-02249 (D. Colo.)
Cheshier v. Eli Lilly & Co., 1:14-cv-01265 (E.D. Cal.)
Couch v. Eli Lilly & Co., 1:14-cv-02564 (N.D. Ga.)
Edens v. Eli Lilly & Co., 3:14-cv-00491 (E.D. Tenn.)
Fairbanks v. Eli Lilly & Co., 1:14-cv-02469 (W.D. La.)
Gentry v. Eli Lilly & Co., 2:15-cv-00023 (D. Nev.)
Gollin v. Eli Lilly & Co., 0:14-cv-61810 (S.D. Fla.)
Hagan-Brown v. Eli Lilly & Co., 1:14-cv-01614 (E.D. Va.)
Harris v. Eli Lilly & Co., 1:14-cv-00682 (M.D.N.C.)
Herrera v. Eli Lilly & Co., 2:13-cv-02702 (C.D. Cal.)
Hexum v. Eli Lilly & Co., 2:13-cv-02701 (C.D. Cal.)
Hollowell v. Eli Lilly & Co., 5:14-cv-01663 (C.D. Cal.)
Kaplan v. Eli Lilly & Co., 2:14-cv-02752 (W.D. Tenn.)
Kelly v. Eli Lilly & Co., 4:14-cv-03869 (N.D. Cal.)
Krupp v. Eli Lilly & Co., 8:14-cv-02792 (M.D. Fla.)
Laica-Bhoge v. Eli Lilly & Co., 6:14-cv-01286 (M.D. Fla.)
Loux v. Eli Lilly & Co., 3:14-cv-01287 (D. Or.)
Martin v. Eli Lilly & Co., 1:14-cv-02800 (D. Colo.)
Mayes v. Eli Lilly & Co., 4:14-cv-01759 (N.D. Ohio.)
McCabe v. Eli Lilly & Co., 0:14-cv-03132 (D. Minn.)
O'Shea v. Eli Lilly & Co., 8:14-01274 (C.D. Cal.)
Patterson v. Eli Lilly & Co., 2:14-cv-08527 (C.D. Cal.)
Pickaree v. Eli Lilly & Co., 4:14-cv-3481 (S.D. Tex.)
Pokorny v. Eli Lilly & Co., 4:14-cv-2960 (S.D. Tex.)
Rossero v. Eli Lilly & Co., 2:14-01084 (W.D. Penn.)
Schaffer v. Eli Lilly & Co., 4:14-cv-01483 (E.D. Mo.)
Scherer v. Eli Lilly & Co., 4:14-cv-01484 (E.D. Mo.)
Seagroves v. Eli Lilly & Co., 2:13-cv-01183 (D. Ariz.)
Streeter v. Eli Lilly & Co., 3:14-cv-00555 (W.D. Wisc.)
Valentino v. Eli Lilly & Co., 6:14-cv-01816 (M.D. Fla.)
Wagner v. Eli Lilly & Co., 2:14-cv-00270 (E.D. Wash.)
Walker v. Eli Lilly & Co., 2:14-cv-01988 (D. Nev.)
Wheeler v. Eli Lilly & Co., 3:14-01882 (S.D. Cal.)
Whitworth v. Eli Lilly & Co., 5:14-cv-00459 (E.D.N.C.)
Williams v. Eli Lilly & Co., 5:14-cv-00460 (E.D.N.C.)
Woodruff v. Eli Lilly & Co., 2:14-cv-01890 (E.D. Cal.)