MAGISTRATE JUDGE: __Anderson__   DATE: __1-28-15__

CA- __14-1615__

Time: __11:34 (start)__

APPEARANCES: Counsel for: Plaintiff (✓)   Defendant (✓)   Pro-se ( )

INITIAL PRETRIAL CONFERENCE

DISCOVERY PLAN: (✓) APPROVED *in part*   ( ) APPROVED AS AMENDED
( ) FILE By _____

CONSENT TO TRIAL BY A MAGISTRATE JUDGE: ( ) YES Consent signed

ADR/SETTLEMENT: ( ) PENDING   ( ) WILL DISCUSS   ( ) OTHER

( ) ORDER TO ISSUE

Case Continued to _____ @ _____ for 16(b) Conference.