**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| JANINE ALI,<br><br>               Plaintiff,<br><br>      v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>               Defendant. | Case No. 1:14cv-01615-AJT-JFA<br><br><br>**PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF INDIANA PURSUANT TO 28 U.S.C. § 1404(a)** |

For the reasons set forth in the accompanying memorandum of law which is incorporated by reference, Plaintiff herby moves this Court for an order transferring this action to the Southern District of Indiana pursuant to 28 U.S.C. § 1404(a).  In support of this motion, the following documents are being filed concurrently with this motion:

      1.      Memorandum in Support of Plaintiff's Motion to Transfer Venue to the Southern District of Indiana Pursuant to 28 U.S.C. § 1404(a); and

2.      Declaration of R. Brent Wisner in Support of Plaintiff's Motion to Transfer Venue to the Southern District of Indiana Pursuant to 28 U.S.C. § 1404(a).

Dated: February 20, 2015          Respectfully submitted,

                              **MILLER LEGAL, LLC**

                              /s/ Brielle M. Hunt
                              Brielle M. Hunt, Esq.
                              Miller Legal, LLC
                              175 South Pantops Drive, Ste. 301
                              Charlottesville, Virginia 22911
                              Tel: (434) 529-6909
                              Fax: (888) 830-1488
                              Email: bhunt@millerlegalllc.com

-and-

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

Brent Wisner, Esq. (*pro hac vice*)
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233
(310) 207-4204 (fax)
Email: rbwisner@baumgedlundlaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of February, 2015, a true copy of the

foregoing MOTION TO TRANSFER VENUE was filed electronically with the Clerk of Court

using the CM/ECF system, which will send a notification of such filing to the following:


Jeffrey Todd Bozman
Michael X. Imbroscio *(pro hac vice)*
Phyllis A. Jones *(pro hac vice)*
Brett C. Reynolds *(pro hac vice)*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tele (202) 662-5335
Fax (202) 778-5535
jbozman@cov.com

/s/ Brielle M. Hunt
Brielle M. Hunt
MILLER LEGAL LLC
Va. Bar 87652
175 S. Pantops Drive, Ste. 301
Charlottesville, VA 22911
Tele (434) 529-6909
Fax (888) 830-1488
bhunt@millerlegalllc.com