**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| JANINE ALI,<br><br>           Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>           Defendant. | Case No. 1:14cv-01615-AJT-JFA<br><br>Hon. Anthony J. Trenga |

## ORDER GRANTING PLAINTIFF'S MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF INDIANA PURSUANT TO 28 U.S.C. § 1404(a)

THIS CAUSE having come before the Court on _____, 2015, Honorable Anthony J. Trenga presiding, on Plaintiff's Motion to Transfer Venue to the Southern District of Indiana Pursuant to 28 U.S.C. § 1404(a). The issues having been duly heard, and a decision having been duly rendered,

   IT IS ORDERED AND ADJUDGED as follows:

   1.   Plaintiff's Motion to Transfer Venue to the Southern District of Indiana Pursuant to 28 U.S.C. § 1404(a) is hereby granted. On this _____ day of _____, 2015.

                                        SO ORDERED.


                                        BY: _____
                                             Honorable Anthony J. Trenga
                                             United Stated District Judge