# ** CIVIL MOTION MINUTES **

Date: **2/27/2015**                                      Judge: **Trenga**
                                                        Reporter: **R. Montgomery**
Time: **9:56 – 10:54**


Civil Action Number: **1:14-cv-01615**

**JANINE ALI**

vs.

**ELI LILLY AND COMPANY**

Appearances of Counsel for     (**X**) Defendant          (**X**) Plaintiff

Motion to/for:
Motion to Transfer Case to the Southern District of Indiana [23] by Pltf.

Argued &
(  ) Granted     (  ) Denied     (  ) Granted in part/Denied in part
(**X**) Taken Under Advisement     (  ) Continued to


(  ) Report and Recommendation to Follow
(**X**) Order to Follow

Pltf.:  R. Brent Wisner              Deft.: Jeffrey Bozman
        Brielle Hunt                         Phyllis Jones