UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANINE ALI,<br><br>        Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>        Defendant. | Case No. 1:14-cv-01615-AJT-JFA<br><br>**PLAINTIFF'S MOTION TO COMPEL** |

For the reasons set forth in the accompanying memorandum which is incorporated by reference, Plaintiff herby moves this Court for an order compelling the production of documents. In support of this motion, the following documents are being filed concurrently with this motion:

1. Memorandum in Support of Plaintiff's Motion to Compel; and

2. Declaration of R. Brent Wisner in Support of Plaintiff's Motion to Compel.

Dated: March 20, 2015

Respectfully submitted,

/s/ Brielle M. Hunt
Brielle M. Hunt
MILLER LEGAL LLC
Va. Bar 87652
175 S. Pantops Drive, Ste. 301
Charlottesville, VA 22911
Tele (434) 529-6909
Fax (888) 830-1488
bhunt@millerlegalllc.com

R. Brent Wisner, Esq. *(pro hac vice)*
BAUM HEDLUND ARISTEI &
GOLDMAN, P.C.
12100 Wilshire Blvd., Ste. 950
Los Angeles, CA 90025
Tele (310) 207-3233
Fax (310) 207-4204
rbwisner@baumhedlundlaw.com

*Attorneys for Plaintiff Janine Ali*

1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th[th] day of March, 2015, a true copy of the foregoing MOTION TO COMPEL was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Jeffrey Todd Bozman
Michael X. Imbroscio *(pro hac vice)*
Phyllis A. Jones *(pro hac vice)*
Brett C. Reynolds *(pro hac vice)*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tele (202) 662-5335
Fax (202) 778-5535
jbozman@cov.com

/s/ Brielle M. Hunt
Brielle M. Hunt
MILLER LEGAL LLC
Va. Bar 87652
175 S. Pantops Drive, Ste. 301
Charlottesville, VA 22911
Tele (434) 529-6909
Fax (888) 830-1488
bhunt@millerlegalllc.com