# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| JANINE ALI,<br><br>                Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>                Defendant. | Case No. 1:14cv-01615-AJT-JFA<br><br>Hon. John F. Anderson |

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

THIS CAUSE having come before the Court on _____, 2015, Honorable John F. Anderson presiding, on Plaintiff's Motion to Compel. The issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED as follows:

1. Defendant Eli Lilly and Company ("Lilly") is ordered to produce all Electronic Common Technical Document submission made by Defendant to the U.S. Food and Drug Administration concerning Cymbalta.

2. Lilly is ordered to produce responsive emails from the individuals identified in Plaintiffs' Memorandum in Support of Plaintiff's Motion to Compel pursuant to the an agreement upon search terms to be determined by the parties.

3. Lilly is ordered to produce all discoverable documents in its possession that relate to either Plaintiff.

SO ORDERED.

BY: _____
       Honorable John F. Anderson
       United States Magistrate Judge