Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number **1:14-cv-1615-GBL-TR**, Case Name **Janine Ali v. Eli Lilly and Companyy**
Party Represented by Applicant: **Eli Lilly and Company**

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) **Brian Stekloff**
Bar Identification Number **486405**    State **DC**
Firm Name **Covington and Burling**
Firm Phone # **202-662-6000**    Direct Dial # **202-662-5057**    FAX # **202-778-5057**
E-Mail Address **BStekloff@cov.com**
Office Mailing Address **One CityCenter, 850 Tenth Street, NW Washington D.C. 20001**

Name(s) of federal court(s) in which I have been admitted **District of Maryland, District of DC, 4th Circuit, 9th Circuit, U.S. Supreme Ct.**

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not **X** a full-time employee of the United States of America, ~~and if so, request~~ exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    3/31/2015
Jeffrey Bozman    (Date)
(Typed or Printed Name)    83679
    (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____    _____
(Judge's Signature)    (Date)

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Peter A. Miller
Brielle Marie Hunt
Miller Legal LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909
Fax: (888) 830-1488
Email: PMiller@MillerLegalLLC.com
bhunt@millerlegalllc.com

R. Brent Wisner, Esq. (*pro hac vice*)
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444
Email: rbwisner@baumhedlundlaw.com

*Counsel for Janine Ali*

                                                /s/
                                   Jeffrey Todd Bozman (VA 83679)
                                   Covington & Burling LLP
                                   One CityCenter
                                   850 Tenth Street, NW
                                   Washington, DC 20001
                                   Tel: (202) 662-5829
                                   Fax: (202) 778-5829
                                   jbozman@cov.com
                                   *Counsel for Eli Lilly and Company*