Reset Form    Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number <u>14-01615</u>, Case Name <u>Janine Ali v. Eli Lilly and Company</u>
Party Represented by Applicant: <u>Plaintiff</u>

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) <u>Terence Matthew Leckman</u>
Bar Identification Number <u>92241</u>    State <u>PA</u>
Firm Name <u>Pogust Braslow & Millrood LLC</u>
Firm Phone # <u>610-941-4204</u>    Direct Dial # _____    FAX # <u>610-941-4245</u>
E-Mail Address <u>mleckman@pbmattorneys.com</u>
Office Mailing Address <u>Eight Tower Bridge, Ste. 940, 161 Washington Street, Conshohocken, PA 19428</u>

Name(s) of federal court(s) in which I have been admitted <u>Eastern District of Pennsylvania; Middle District of Pennsylvania, See Attach.</u>

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not <u>X</u> a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____        04/02/2015
(Signature)                             (Date)
Brielle M. Hunt                         87652
(Typed or Printed Name)                 (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____        _____
(Judge's Signature)                     (Date)

**Federal Court Admissions**

Eastern District of Pennsylvania
Middle District of PA
Western District of PA
Commonwealth of PA
3rd Circuit Court of Appeals
U.S. Supreme Court
District of Nebraska
District of Minnesota
Appellate Court of the Third Circuit
Court of federal Claims
Eastern District of Arkansas
Middle District of Florida
Northern District of Illinois