IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| JANINE ALI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:14cv1615 (AJT/JFA) |
| | ) | |
| ELI LILLY AND COMPANY, | ) | Hearing Date: May 1, 2015 |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on May 1, 2015, at 10:00 am, or as soon thereafter as counsel may be heard, Defendant Eli Lilly and Company will bring on for hearing its Motion for Judgment on the Pleadings.

    Respectfully submitted,

    */s/ Jeffrey T. Bozman*
    Jeffrey Todd Bozman (VA 83679)
    Covington & Burling LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001
    Tel: (202) 662-5829
    Fax: (202) 778-5829
    jbozman@cov.com
    *Counsel for Eli Lilly and Company*

# CERTIFICATE OF SERVICE

I hereby certify that on the April 10, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Peter A. Miller
Brielle Marie Hunt
Miller Legal LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909
Fax: (888) 830-1488
Email: PMiller@MillerLegalLLC.com
bhunt@millerlegalllc.com

R. Brent Wisner, Esq. (*pro hac vice*)
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444
Email: rbwisner@baumhedlundlaw.com

*Counsel for Janine Ali*

                                                /s/
                               Jeffrey Todd Bozman (VA 83679)
                               Covington & Burling LLP
                               One CityCenter
                               850 Tenth Street, NW
                               Washington, DC 20001
                               Tel: (202) 662-5829
                               Fax: (202) 778-5829
                               jbozman@cov.com
                               *Counsel for Eli Lilly and Company*