IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JANINE ALI, )
 )
      Plaintiff, )
 )
v. ) Civil Action No. 1:14cv1615 (AJT/JFA)
 )
ELI LILLY AND COMPANY, )
 )
      Defendant. )
 )

## ORDER

On Thursday, April 16, 2015, counsel for the parties appeared before the court to present argument on plaintiff's Motion to Compel Two Fed. R. Civ. P. 30(b)(6) Depositions and the Deposition of Torkil Fredborg (Docket no. 58). Upon consideration of the motion, the corrected memorandum in support (Docket no. 63), defendant's opposition (Docket no. 64), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion to Compel Two Fed. R. Civ. P. 30(b)(6) Depositions and the Deposition of Torkil Fredborg is granted in part and denied in part.

Entered this 16th day of April, 2015.

                                                    /s/
                                              John F. Anderson
                                              United States Magistrate Judge

                                              John F. Anderson
                                              United States Magistrate Judge

Alexandria, Virginia