UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| GILDA HAGAN-BROWN<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | CASE NO.: 1:14-CV-01614 |
| JANINE ALI<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | CASE NO.: 1:14-CV-01615 |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

THIS CAUSE having come before the Court on the parties' Joint Motion for Extension of Time to Complete Discovery, and for good cause shown,

IT IS ORDERED AND ADJUDGED as follows:

1. The date for completion of all discovery in the above-captioned matters is extended by a period of fourteen (14) days, up to and including May 29, 2015.

2. The parties shall simultaneously exchange expert reports by May 14, 2015. The parties' rebuttal/reply reports, if any, shall be served by May 21, 2015.

3. All other deadlines set by the Court remain in effect.

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

-1-

Entered this 30th day of April 2015.

/s/ JFA
John F. Anderson
United States Magistrate Judge