IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GILDA HAGAN-BROWN, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br> an Indiana Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:14-cv-1614 (AJT/JFA) <br> ) <br> ) <br> ) <br> ) <br> ) |
| JANINE ALI, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br> an Indiana Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:14-cv-1615 (AJT/JFA) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

Presently pending before the Court is Defendant's Motion for Judgment on the Pleadings [Doc. No. 51 and Doc. No. 56]. Upon consideration of the Motion, the memoranda in support thereof and in opposition thereto, the arguments presented by counsel at the hearing held on May 1, 2015, and for the reasons stated in open court, it is hereby

ORDERED that Defendant's Motion for Judgment on the Pleadings [Doc. No. 51 and Doc. No. 56] be, and the same hereby is, GRANTED and Plaintiffs' second cause of action (design defect) be, and the same hereby are, DISMISSED.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

May 1, 2015
Alexandria, Virginia