**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GILDA HAGAN-BROWN,<br><br>                Plaintiff,<br><br>   v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>                Defendant. | Case No. 1:14-cv-01614-AJT-JFA<br><br>Hon. Anthony J. Trenga<br>Hon. John F. Anderson |
| JANINE ALI,<br><br>                Plaintiff,<br><br>   v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>                Defendant. | Case No. 1:14cv-01615-AJT-JFA<br><br>Hon. Anthony J. Trenga<br>Hon. John F. Anderson |

## **PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

For the reasons set forth in the accompanying memorandum of law which is incorporated by reference, Plaintiffs Gilda Hagan-Brown and Janine Ali herby move this Court for an order compelling Defendant Eli Lilly and Company ("Lilly") to produce documents responsive to Requests for Production Nos. 1, 2, and 3 of Plaintiffs' Second Set of Request for Production, served on Lilly on April 15, 2015. In support of this motion, the following documents are being filed concurrently with this motion:

    1.    Memorandum in Support of Plaintiff's Motion to Compel Production of Documents; and

    2.       Declaration of R. Brent Wisner in Support with its accompanying exhibits.

Dated: May 22, 2015                Respectfully submitted,

**MILLER LEGAL, LLC**

/s/ Peter A. Miller
Peter A. Miller, Esq.
Va. Bar 47822
pmiller@millerlegalllc.com
175 S. Pantops Drive, Ste. 301
Charlottesville, VA 22911
Tele (434) 529-6909
Fax (888) 830-1488

**BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.**
R. Brent Wisner, Esq. (*pro hac vice*)
rbwisner@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I, Peter Miller, hereby certify that on the 22nd day of May, 2015, a true copy of the foregoing PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

    Jeffrey Todd Bozman
    Michael X. Imbroscio *(pro hac vice)*
    Phyllis A. Jones *(pro hac vice)*
    Brett C. Reynolds *(pro hac vice)*
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001
    Tele (202) 662-5335
    Fax (202) 778-5535

    /s/ Peter A. Miller
    Peter A. Miller
    MILLER LEGAL LLC
    Va. Bar 47822
    175 S. Pantops Drive, Ste. 301
    Charlottesville, VA 22911
    Tele (434) 529-6909
    Fax (888) 830-1488
    pmiller@millerlegalllc.com