UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| GILDA HAGAN-BROWN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | Case No. 1:14-cv-01614-AJT-JFA<br><br>Hon. Anthony J. Trenga<br>Hon. John F. Anderson<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO ALLOW THE DEPOSITION OF PLAINTIFFS' EXPERT AFTER THE CLOSE OF DISCOVERY |
| JANINE ALI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | Case No. 1:14cv-01615-AJT-JFA<br><br>Hon. Anthony J. Trenga<br>Hon. John F. Anderson<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION TO ALLOW THE DEPOSITION OF PLAINTIFFS' EXPERT AFTER THE CLOSE OF DISCOVERY |

THIS CAUSE having come before the Court on the parties' Joint Motion to Allow the Deposition of Plaintiffs' Expert after the Close of Discovery,

IT IS ORDERED AND ADJUDGED as follows:

　　1.　The deposition of Dr. Joeseph Glenmullen shall proceed on June 1, 2015, two days after the close of discovery;

　　2.　All other discovery shall be completed by May 29, 2015;

　　3.　All other deadlines set by the Court remain in effect.

Entered this **27th** day of **May**, 2015.

                                                                 /s/ JFA
                                                      John F. Anderson
                                                      United States Magistrate Judge
                                                      John F. Anderson
                                                      United States Magistrate Judge
                                                      Alexandria, Virginia