IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JANINE ALI, )
 )
    Plaintiff, )
 )
v. ) Civil Action No. 1:14cv1615 (AJT/JFA)
 )
ELI LILLY AND COMPANY, )
 )
    Defendant. )
 )

## ORDER

On Friday, May 29, 2015, counsel for the parties appeared before the court to present argument on plaintiff's Motion to Compel Production of Documents (Docket no. 87). Upon consideration of the motion, the memorandum in support (Docket no. 88), defendant's opposition (Docket no. 94), and for the reasons stated from the bench, it is hereby

ORDERED that plaintiff's Motion to Compel Production of Documents is denied.

Entered this 29th day of May, 2015.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia