# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GILDA HAGAN-BROWN<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | CASE NO.: 1:14-CV-01614 |
| JANINE ALI<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | CASE NO.: 1:14-CV-01615 |

## DEFENDANT'S REQUEST FOR ADMINISTRATIVE CORRECTION TO DOCKET CONTACT DETAILS

Defendant Eli Lilly respectfully requests that the Clerk take appropriate action to correct defense counsel's telephone and fax number on the docket sheet. Specifically, please replace the currently listed telephone number ((757) 222-7001) with (202) 662-5829, and the currently listed fax number ((757) 222-7021) with (202) 778-5829.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey T. Bozman*
　　　　　　　　　　　　　　　　　　　Jeffrey Todd Bozman (VA 83679)
　　　　　　　　　　　　　　　　　　　Michael X. Imbroscio (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Phyllis A. Jones (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Brian L. Stekloff (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　Brett C. Reynolds (*pro hac vice*)

Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5829
Fax: (202) 778-5829
jbozman@cov.com
*Counsel for Eli Lilly and Company*

**CERTIFICATE OF SERVICE**

       I hereby certify that on 10th day of June, 2015, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Peter A. Miller
Brielle Marie Hunt
Miller Legal LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909
Fax: (888) 830-1488
Email: PMiller@MillerLegalLLC.com
bhunt@millerlegalllc.com

R. Brent Wisner, Esq. (*pro hac vice*)
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444
Email: rbwisner@baumhedlundlaw.com

*Counsel for Plaintiff*

                                                     */s/ Jeffrey T. Bozman*
                                                     Jeffrey Todd Bozman (VA 83679)
                                                     Covington & Burling LLP
                                                     One CityCenter
                                                     850 Tenth Street, NW
                                                     Washington, DC 20001
                                                     Tel: (202) 662-5829
                                                     Fax: (202) 778-5829
                                                     jbozman@cov.com
                                                     *Counsel for Eli Lilly and Company*