UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| JANINE ALI,<br><br>                Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>                Defendant. | CASE NO. 1:14-CV-01615 |

**DECLARATION OF BRETT C. REYNOLDS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS**

    1.    I, Brett C. Reynolds, declare as follows pursuant to 28 U.S.C. § 1746: I am an attorney at the law firm of Covington & Burling LLP, counsel for Defendant Eli Lilly and Company ("Lilly"). I am a member in good standing of the bars of the State of Illinois and the District of Columbia, and I am admitted *pro hac vice* in this litigation. I have personal knowledge of the facts set forth in this Declaration, which I make to place before the Court documents and information relevant to its determination of Lilly's Opposition to Plaintiffs' Motion for Sanctions.

    2.    Attached hereto as Exhibit 1 is a true and accurate copy of an Order and Record of Proceedings from the Arlington Juvenile and Domestic Relations Court, dated September 18, 2012.

    3.    Attached hereto as Exhibit 2 is a true and accurate copy of excerpts from the transcript of the April 8, 2015 deposition of Janine Ali.

-2-

4. Attached hereto as Exhibit 3 is a true and accurate copy of an April 14, 2015 Email from P. Miller to B. Stekloff.

5. Attached hereto as Exhibit 4 is a true and accurate copy of a June 4, 2015 Email from B. Wisner to B. Stekloff.

6. Attached hereto as Exhibit 5 is a true and accurate copy of excerpts from the transcript of the June 1, 2015 deposition of Dr. Joseph Glenmullen.

7. Attached hereto as Exhibit 6 is a true and accurate copy of excerpts of Lilly's Objections to Ali's Requests for Production, dated February 23, 2015.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on June 10, 2015 in Washington, D.C.

_____
Brett C. Reynolds