**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GILDA HAGAN-BROWN,<br><br>               Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>               Defendant. | Case No. 1:14-cv-01614-AJT-JFA<br><br>Hon. Anthony J. Trenga<br>Hon. John F. Anderson |
| JANINE ALI,<br><br>               Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>               Defendant. | Case No. 1:14cv-01615-AJT-JFA<br><br>Hon. Anthony J. Trenga<br>Hon. John F. Anderson |

**JOINT PRETRIAL CONFERENCE STATEMENT**

Plaintiffs Gilda Hagan-Brown and Janine Ali ("Plaintiffs") and Defendant Eli Lilly and Company ("Lilly") jointly submit this pretrial statement in anticipation of the Final Pretrial Conference set for June 18, 2015. In addition to the issues to be addressed by the Court as part of the Final Pretrial Conference, the Parties respectfully seek leave to address the following issues:

- **Plaintiffs' motion to transfer.** The Court previously deferred ruling on Plaintiffs' motion to transfer until the after the close of discovery. (*See* Dkt. 27.) Plaintiffs request that the motion be withdrawn and this case remain in this venue. Lilly does not oppose

this request.

- **Trial.** Plaintiffs believe that these cases should be tried together or concurrently so as to avoid duplicative costs. Lilly believes that the cases should be tried separately to avoid confusion and undue prejudice. The Parties request guidance from the Court on this issue.

- **Motions for summary judgment and *Daubert* motions.** Lilly anticipates filing motions for summary judgment and the Parties anticipate filing *Daubert* motions. The Parties would like to discuss the timing, hearing, and resolution of these motions in anticipation of trial.

- **Motions *in limine*.** The Parties anticipate filing various motions *in limine*. The Parties would like to discuss the timing, hearing, and resolution of these motions in anticipation of trial.

- **Deposition designations.** There have been several videotaped depositions taken of witnesses outside of subpoena *ad testificandum* power of the Court. The Parties intend to designate portions of each deposition to be played at trial. The Parties would like to discuss:
    - The timing of exchanging designations, counter-designations, and objections.
    - The Court's procedure for resolving objections.
    - The Court's procedure for playing videotaped depositions to the jury.
    - Use of demonstratives.

- **Exhibits.** The Parties would like to discuss the Court's process of resolving objections to exhibits.

- **Confidentiality of documents used at trial.** The Parties would like to discuss the use of

documents and testimony designated as "confidential" by the parties at trial.

- **Jury instructions and verdict form.** The Parties would like to discuss the timing of resolving the jury instructions with the Court in anticipation of trial.

- **Voir dire and jury selection.** The Parties would like to discuss the Court's process of impaneling jurors, use and number of preemptory strikes, submission of *voir dire* questions, and the use and preparation of a statement of the case.

DATED:  June 17, 2015

Respectfully submitted,

/s/ Peter A. Miller
Peter A. Miller (47822)
MILLER LEGAL LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909
Fax: (888) 830-1488
pmiller@millerlegalllc.com

BAUM HEDLUND ARISTEI &
GOLDMAN, P.C.
R. Brent Wisner, Esq. (*pro hac vice*)
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444
rbwisner@baumhedlundlaw.com

*Counsel for Plaintiffs*

/s/ Jeffrey Todd Bozman
Jeffrey Todd Bozman (83679)
Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
Brett C. Reynolds (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel: (202) 662-5335
Fax: (202) 778-5335
jbozman@cov.com

*Counsel for Defendant Eli Lilly & Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of June, 2015, a true copy of the foregoing JOINT PRETRIAL CONFERENCE STATEMENT was filed electronically with the Clerk of Court for the Eastern District of Virginia, using the CM/ECF system, which will send a notification of such filing to the following:

    Jeffrey Todd Bozman
    Michael X. Imbroscio *(pro hac vice)*
    Phyllis A. Jones *(pro hac vice)*
    Brett C. Reynolds *(pro hac vice)*
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001
    Tel: (202) 662-5335
    Fax: (202) 778-5535

    /s/ Peter A. Miller
    Peter A. Miller (Va. Bar 47822)
    MILLER LEGAL LLC
    175 S. Pantops Drive, Ste. 301
    Charlottesville, VA 22911
    Tele (434) 529-6909
    Fax (888) 830-1488
    pmiller@millerlegalllc.com