**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| GILDA HAGAN-BROWN, | Case No. 1:14-cv-01614-AJT-JFA |
| Plaintiff, | Hon. Anthony J. Trenga |
| | Hon. John F. Anderson |
| v. | |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |
| JANINE ALI, | Case No. 1:14cv-01615-AJT-JFA |
| Plaintiff, | Hon. Anthony J. Trenga |
| | Hon. John F. Anderson |
| v. | |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |

**FED. R. CIV. P. 26(a)(3) DISCLOSURES**

Plaintiffs Gilda Hagan-Brown and Janine Ali ("Plaintiffs") submit, pursuant to Fed. R.

Civ. P. 26(a)(3) and this Court's January 5, 2015 Order, the following disclosures.

**I.      Rule 26(a)(3)(A)(i) Disclosures: Witnesses**

    **A.    Common Witnesses**

| Name | Description | Contact Information |
|---|---|---|
| Joseph Glenmullen, M.D. | Plaintiffs' Expert Witness | Previously disclosed |
| Louis A. Morris, Ph.D. | Plaintiffs' Expert Witness | Previously disclosed |

| Name | Description | Contact Information |
| --- | --- | --- |
| Sharon L. Hoog, M.D. | Eli Lilly Employee | Defendant's custody |
| Sara A. Mescher | Eli Lilly Employee | Defendant's custody |
| David G. Perahia. M.D. | Eli Lilly Employee | Defendant's custody |
| Matthew Kuntz | Former Eli Lilly Employee | Defendant's custody |
| Michael J. Detke, M.D. | Former Eli Lilly Employee | Defendant's custody |
| Madeleine M. Wohlreich, M.D. | Eli Lilly Employee / Rule 30(b)(6) Representative | Defendant's custody |
| Christine Phillips, Ph.D. | Eli Lilly Employee / Rule 30(b)(6) Representative | Defendant's custody |

### B. Plaintiff Hagan-Brown Case-Specific Witnesses

| Name | Description | Contact Information |
| --- | --- | --- |
| Gilda Hagan-Brown | Plaintiff | Previously disclosed |
| Henry Hagan-Brown | Plaintiff's Husband | Previously disclosed |
| Natalie Presley | Plaintiff's Daughter | Previously disclosed |
| Mohammad Bahadori, M.D. | Plaintiff's Doctor | Previously disclosed |
| Ronald J. Koshes, M.D. | Plaintiff's Doctor | Previously disclosed |
| Carol S. McCleary, PSY.D. | Plaintiff's Psychologist | Previously disclosed |

### C.    Plaintiff Ali's Case-Specific Witnesses

| Name | Description | Contact Information |
|------|-------------|---------------------|
| Janine Ali | Plaintiff | Previously disclosed |
| Jehad Ali, Esq. | Plaintiff's Son | Previously disclosed |
| Dalal Ali | Plaintiff's Daughter | Previously disclosed |
| Navera R. Ahmed, M.D. | Plaintiff's Doctor | Previously disclosed |
| Ismahan I. Ugas | Plaintiff's Friend | Previously disclosed |
| Thonia Hafez Gab-Allah, M.D. | Plaintiff's Doctor | Previously disclosed |
| Jayasree Patla, M.D. | Plaintiff's Friend | Previously disclosed |

## II.    Rule 26(a)(3)(A)(ii) Disclosures: Deposition Designations

### A.    Sharon L. Hoog, M.D., Video-Taped Deposition Taken December 10, 2014

| | | | |
|---|---|---|---|
| 14:17-14:23 | 43:9-44:8 | 88:22-89:12 | 165: 19-166:21 |
| 15:14-16:22 | 45:14-57:2 | 90:7-91:3 | 168:20-170:6 |
| 17:3-17:6 | 58:17-59:18 | 94:21-103:17 | 170:20-171 :8 |
| 17:15-18:8 | 59:24-63:23 | 108:5-111:1 | 171:15-171:23 |
| 19:14-20:16 | 64:5-64:11 | 129:5-130:21 | 172:1-177:5 |
| 20:21-22:1 | 69:12-70:25 | 131:19-132:7 | 177:13-185:7 |
| 22:25-25: 19 | 73:6-75:15 | 133:5-133:8 | 197:10-198:6 |
| 26:1-27:9 | 81:24-83:9 | 133:24-134:8 | 198:14-198:17 |
| 30:6-30:15 | 84:22-85:3 | 152:1-154:13 | 199: 1 0-200:24 |
| 33:16-35:5 | 85:18-85:24 | 157:8-159:10 | 306:16-306:19 |
| 41:5-41:15 | 86:14-87:4 | 160:9-162:25 | 165: 19-166:21 |

### B.    Sara A. Mescher, Video-Taped Deposition Taken December 9, 2014

| | | | |
|---|---|---|---|
| 12:6-12:15 | 30:3-30:16 | 44:7-44:11 | 70:24-71:1 |
| 12:22-13:15 | 31:4-32:9 | 47:6-47:22 | 71:8-71:12 |
| 15:7-18:6 | 32:25-33:2 | 48:7-50:2 | 72:1-72:15 |
| 19:7-19:14 | 37:11-39:12 | 50:11-51:23 | 73:2-73:11 |

| | | | |
|---|---|---|---|
| 20:20-21:16 | 40:16-41:7 | 53:22-54:5 | 75:10-78:25 |
| 23:19-26:18 | 41:18-42:16 | 59:10-64:11 | 109:3-109:25 |
| 27:15-28:2 | 43:13-43:14 | 66:3-69:16 | |

### C.   David G. Perahia. M.D., Video-Taped Deposition Taken December 12, 2014

| | | | |
|---|---|---|---|
| 17:17-19:11 | 84:12-87:10 | 151 :7-151:14 | 194:19-194:23 |
| 20:2-20:9 | 88:22-92:3 | 151 :22-153:1 | 195:4-196:5 |
| 21:16-22:25 | 101 :10-102:17 | 155:20-156:4 | 196:13-197:2 |
| 25:20-25:24 | 103:3-104:1 | 159:3-159:12 | 199: 14-200: 1 0 |
| 26:18-27:7 | 110:23-111:23 | 160:23-161:3 | 201 :5-212:8 |
| 33:17-38:2 | 112:8-115:11 | 167:2-167:22 | 217:13-226:3 |
| 44:9-46:17 | 115:20-115:20 | 172:8-173 :22 | 227:21-229:6 |
| 52:16-53:15 | 116:8-117:7 | 174:17-175:21 | 239: 1-239: 15 |
| 62:9-62:23 | 117:12-119:20 | 176:5-176:25 | 240:9-247:7 |
| 63:19-64:4 | 143:13-143:21 | 177:20-178:14 | 251:8-254:22 |
| 64:12-65:6 | 145:23-148:2 | 181:10-182:3 | 302:2-302:16 |
| 79:17-84:3 | 148:9-150:23 | 192:7-193:5 | |

### D.   Matthew Kuntz, Video-Taped Deposition Taken May 6, 2015

| | | | |
|---|---|---|---|
| 6:13-6:20 | 41:13-43:25 | 74:4-75:23 | 105:8-111:25 |
| 9:18-10:5 | 56:4-56:11 | 76:2-77:17 | 112:6-112:22 |
| 11:4-13:23 | 58:25-62:6 | 82:12-85:4 | 116:1-117:23 |
| 19:10-20:2 | 63:3-64:22 | 86:18-89:12 | 196:7-202:5 |
| 24:11-25:18 | 65:5-66:8 | 89:18-89:22 | 202:10-204:13 |
| 26:4-28:12 | 66:13-68:7 | 90:22-91:25 | 204:25-205:10 |
| 28:25-29:16 | 68:14-68:24 | 92:17-102:22 | |
| 29:19-30:20 | 69:14-69:19 | 103:1-103:11 | |
| 30:25-31:25 | 70:6-71:9 | 103:23-105:5 | |

### E.   Michael J. Detke, M.D., Video-Taped Deposition Taken April 28, 2015

| | | | |
|---|---|---|---|
| 6:14-6:20 | 49:17-50:23 | 104:5-104:15 | 170:17-170:23 |
| 7:23-10:13 | 51:19-53:16 | 107:23-108:18 | 171:12-174:19 |
| 12:2-12:18 | 58:15-59:14 | 115:8-121:2 | 181:8-183:13 |
| 18:4-18:16 | 65:2-68:3 | 121:12-121:16 | 186:15-191:9 |
| 19:6-19:25 | 70:16-71:5 | 123:4-124:16 | 192:13-192-14 |
| 20:25-22:23 | 78:3-80:6 | 127:13-128:23 | 192:23-194:11 |
| 28:2-29:1 | 80:24-81:7 | 129:5-132:8 | 195:11-201:10 |
| 29:10-30:21 | 83:13-85:16 | 132:24-135:6 | 222:21-224:19 |
| 33:22-35:9 | 86:18-88:5 | 139:20-104:2 | 225:2-225:7 |
| 36:21-41:23 | 90:2-91:8 | 143:7-145:6 | 232:4-235:18 |
| 43:4-44:2 | 94:1-96:22 | 145:15-158:12 | 236:7-237:6 |
| 46:14-48:24 | 99:18-101:18 | 166:9-168:6 | 281:11-284:18 |

**F.     Madeleine M. Wohlreich, M.D., Video-Taped Deposition Taken April 29, 2015**

| | | | |
|---|---|---|---|
| 6:19-6:22 | 72:14-72:18 | 166:23-168:10 | 265:8-266:18 |
| 10:21-12:22 | 73:9-73:17 | 168:20-168:25 | 267:3-268:7 |
| 13:12-13:20 | 92:4-92:14 | 185:1-186:4 | 269:16-269:25 |
| 15:16-20:14 | 94:24-98:14 | 206:14-207:9 | 285:3-286:22 |
| 21:8-24:13 | 99:21-102:11 | 210:3-210:20 | 289:11-292:18 |
| 40:10-41:2 | 102:18-120:4 | 215:10-222:2 | 293:3-295:9 |
| 42:23-44:22 | 120:16-124:19 | 232:16-233:1 | 295:18-298:20 |
| 46:1-46:19 | 125:3-134:4 | 236:1-237:8 | 299:9-306:20 |
| 47:3-48:14 | 134:21-135:7 | 240:12-241:16 | 340:7-342:9 |
| 49:9-49:19 | 136:11-136:17 | 243:5-245:7 | 343:13-350:17 |
| 56:5-56:19 | 138:14-139:20 | 246:11-247:18 | 368:5-374:19 |
| 57:11-58:9 | 140:4-142:1 | 249:16-250:20 | 376:8-381:6 |
| 59:15-60:5 | 142:4-144:15 | 251:10-254:24 | 381:23-383:18 |
| 60:10-61:6 | 145:13-146:13 | 256:7-256:19 | 397:5-400:4 |
| 63:3-63:15 | 147:17-148:3 | 257:12-258:18 | 425:6-425:21 |
| 65:10-66:2 | 163:17-166:16 | 259:14-263:13 | 426:13-434:12 |

**G.     Rule 30(b)(6) Deposition of Madeleine M. Wohlreich, M.D., Video-Taped Deposition Taken April 30, 2015**

| | | | |
|---|---|---|---|
| 6:16-11:4 | 124:1-125:22 | 137:6-137:12 | 137:6-137:12 |
| 17:6-17:17 | 126:14-127:20 | 138:4-139:25 | 138:4-139:25 |
| 20:22-21:19 | 128:5-128:11 | 141:5-143:24 | 141:5-143:24 |
| 24:14-25:5 | 128:18-129:11 | 144:6-145:14 | |
| 25:22-27:20 | 129:21-130:7 | 147:25-149:20 | |
| 31:4-32:14 | 130:22-136:15 | 150:14-151:8 | |

**H.     Rule 30(b)(6) Deposition of Christine Phillips, Ph.D., Video-Taped Deposition Taken April 30, 2015**

7:9-8:18
13:5-13:13
166:5-167:19
195:6-199:12
201:2-201:19
202:7-205:2

### III. Rule 26(a)(3)(A)(iii) Disclosures: Exhibit List

#### A. Plaintiffs' Common Exhibits, Starting at Exhibit No. 1

| No. | Description | Identifier |
|-----|-------------|------------|
| 1 | 2006 Needs / Gaps Assessment - Prioritization and Solutions, 1/16/2006 | CYM-02998761 |
| 2 | Addendum to Expert Report of Dr. Joseph Glenmullen (general), 5/11/2015 | Discovery responses |
| 3 | Advertisement transcript (undated) | CYM-00009871; Clark Depo. Exh. 9 |
| 4 | Allgulandar, "Pharmacotherapy of generalized anxiety disorder: results of duloxetine treatment from a pooled analysis of three clinical trials," Current Medical Research and Opinions, Vol. 23, No. 6, 2007, 1245-1252 | Public Document |
| 5 | AMDP-5 Checklist | CYM-01932483-*2486 |
| 6 | Annex 1, Summary of Product Characteristics, last renewal date of 6/24/2009 | Bahadori Depo. Exh. 4 |
| 7 | Baldwin et al, *Discontinuation Symptoms in Depression and Anxiety Disorders*, Int. J. Neuropsychopharmacology, 1-13 (2005) | Public Document; Hoog Depo. Exh. 8 |
| 8 | Blier, "Physiologic Mechanisms Underlying the Antidepressant Discontinuation Syndrome," J Clin Psych 2006; 67 (suppl 4) | Public Document |
| 9 | Boulenger, "Efficacy and safety of vortioxetine (Lu AA21004), 15 and 20 mg/day: a randomized double-blind, placebo controlled, duloxetine-referenced study in the acute treatment of adult patients with major depressive disorder," Intl Clin Psychopharm, 2014, Vol 29 No. 3 | Public Document |

| No. | Description | Identifier |
|---|---|---|
| 10 | CHANGES BEING EFFECTED:  Letter from Bryan Boggs to FDA Re. NDA 21-4127, CYMBALTA (duloxetine HCL) Changes Being Effected Labeling Supplement, 10/25/2007 | CYM-01113163; CYM-01113163; Phillips Depo. Exh. 6 |
| 11 | Clinical Report Form, Fluoxetine Versus Sertraline and Paroxetine in Major Depression: Comparison for Discontinuation-Emergent Symptoms, Discontinuation Emergent Signs and Symptoms | FAVA-004, FAVA-003 (pages in reverse order); Hoog Depo. Exh. 7 (excerpts) |
| 12 | Cumulative Review of Spontaneous Reports of Agression or Hostility, Draft May 2007 | CYM-02993513 |
| 13 | Curriculum Vitae, Dr. David Perahia, 11/2014 | Perahia Depo. Exh. 2 |
| 14 | Curriculum Vitae, Michael R. Clark, 5/17/2015 | Clark Depo. Exh. 5 |
| 15 | Cymbalta (duloxetine HCI) for Major Depressive Disorder Frequently Asked Questions, approved 9/16/2004 | CYM-018663411; Detke Depo. Exh. 24 |
| 16 | Cymbalta 2010 Lilly USA, LLC Brand Council III, 9/2/2009 | CYM-01725351 |
| 17 | Cymbalta Customer Plan, 2012-2013 | CYM-01725585 |
| 18 | Cymbalta Data Impact Test with PCP's, 1/5/2006 | CYM-02784272 |
| 19 | Cymbalta Discrete Choice Model Summary, 7/2002 | CYM-02783967 |
| 20 | Cymbalta Labeling Changes Chronology, Precision for Medicine | Becker Depo. (12/3/14) Exh. 5 |
| 21 | Cymbalta Medication Guide Changes Timeline, Precision for Medicine | Becker Depo. (12/3/14) Exh. 6 |
| 22 | Cymbalta U.S. Product Insert, revised 09/2011 | CYM-00028678 |
| 23 | Cymbalta U.S. Product Insert, undated (Detke Depo.) | Detke Depo. Exh. 6 |

| No. | Description | Identifier |
|---|---|---|
| 24 | Cymbalta U.S. Product Insert, undated (Kuntz Depo.) | Kuntz Depo. Exh. 1 |
| 25 | Cymbalta US, BC III, 9/16/2008 | CYM-01725885 |
| 26 | Declaration of Sarah L. Helgeson, *Saavedra v. Eli Lilly and Co.*, 12-CV-9366-SVW-MAN (C.D. Cal.), Dkt. 55, with included exhibits | Wohlreich Depo. Exh. 1 |
| 27 | Determination Leads to Discovery, Eli Lilly and Company, 2013 Annual Report, Notice of 2014 Annual Meeting, Proxt Statement | Hoog Depo. Exh. 4 |
| 28 | Dilsaver, "Withdrawal phenomena associated with antidepressant and antipsychotic agents," Drug Safety 10(2): 103-114 | Public Document |
| 29 | Division of medication Errors and technical Support Office of Surveillance and Epidemiology, FDA, Memorandum Re. DMETS MEDICATION ERROR POSTMARKETING SAFETY REVIEW, 3/8/2007 | CYM-02053036; Kuntz Depo. Exh. 14 |
| 30 | Duloxetine CELE© for Depression U.S. Launch: Psych's and PCP's, 5/3/02 | CYM-02783656 |
| 31 | Duloxetine/Cymbalta Discrete Choice Study, 7/8/2002 | CYM-02783884 |
| 32 | Eli Lilly & Co., Cymbalta, U.S. Strategic Pricing Study, 8/2/2002 | CYM-02786215 |
| 33 | Eli Lilly & Co., Patient Segmentation Study, 8/4/2004 | CYM-02784163 |
| 34 | Email exchang Re. EU 20 mg - clinical rationale, with attachment, 8/12/2008 | CYM-02997573 |
| 35 | Email exchange Re. 20 mg rationale, 6/25/2008 | CYM-01873412 |

| No. | Description | Identifier |
|-----|-------------|------------|
| 36 | Email exchange Re. abrupt vs taper discontinuation in duloxetine-treated patients (updated analysis), with attachment 8/28/2008 | CYM-01780840; CYM-01780842 |
| 37 | Email exchange Re. Agenda for today All Regulatory / Regulatory Working Group, with attachment, 8/26/2003 | CYM-02995196 |
| 38 | Email exchange Re. An obscure question (redacted), 6/30/2003 - 7/2/2003 | CYM-01873414; Detke Depo. Exh. 14 |
| 39 | Email exchange Re. An obscure question (unredacted), 6/30/2003 - 7/2/2003 | CYM-R-01873414; Wohlreich Depo. Exh. 2 |
| 40 | Email exchange Re. Checking your availability for August | CYM-02791746; *see* Detke Depo. Exh. 10 (incomplete, wrong scanning) |
| 41 | Email exchange Re. comments on SUI clinical expert report, 11/11/2002 | CYM-01813088; Detke Depo. Exh. 13 |
| 42 | Email exchange Re. Confidential Advance Copy of QuarterWatch, 10/2/2012 - 10/4/2012 | CYM-01779243; Perahia Depo. Exh. 19 |
| 43 | Email exchange Re. CYMBALTA PM Revisions, 9/30/2011 - 10/4/2011 | CYM-01873565; Kuntz Depo. Exh. 8 |
| 44 | Email exchange Re. Cymbalta Safety Review - Re. Postmarketing Safety Evaluation of New Molecular Entities: Final Report, 10/15/2009 | CYM-02053002; Kuntz Depo. Exh. 13 |
| 45 | Email exchange Re. CYMBALTA:  Slides and Study Citation for 30 mg "down-titration" dose, 4/13/2007 | CYM-01815980; Wohlreich Depo. Exh. 27 |
| 46 | Email exchange Re. Discontinuation Symptoms Manuscript Comments, 12/7/2004 - 12/8/2004 | CYM-01873441; Perahia Depo. Exh. 5 |
| 47 | Email exchange Re. DLX019 Discontinuation Symptoms GRD (Ready for review/comments/approval), with attachment, 7/26/2007 | CYM-01955577; CYM-01955577; Perahia Depo. Exhs. 15 & 16 |

| No. | Description | Identifier |
|---|---|---|
| 48 | Email exchange Re. Duloxetine AE report, 2/16/2012 | CYM-01780878; Perahia Depo. Exh. 17 |
| 49 | Email exchange Re. Duloxetine regulatory response based on ped/elderly GAD submission, 8/26/2014 | Mescher Depo. Exh. 6; CYM-01777306 |
| 50 | Email exchange Re. Duloxetine safety review slides, 8/15/2007, with attachments | Wohlreich Depo. Exh. 11; CYM-02485292-*335 |
| 51 | Email exchange Re. Duloxetine withdrawal syndrome - Signal, 8/29/2012 | CYM-01776691; Perahia Depo. Exh. 18 |
| 52 | Email exchange Re. Duloxetine/Cymbalta Withdrawal Syndrome, 10/14/2006 - 10/19/2006 | CYM-01781110; Detke Depo. Exh. 20 |
| 53 | Email exchange Re. FDA request. Fw. NDA 21427, 8/15/2011 -8/17/2011 | CYM-02212693 |
| 54 | Email exchange Re. Fw. Follow-up on PLR meeting - tapering (Detke Depo.), 9/14/2006 - 9/15/2006 | CYM-02234967; Detke Depo. Exh. 31 |
| 55 | Email exchange Re. Fw. Follow-up on PLR meeting - tapering (Wohlreich Depo.), 9/14/2006 - 9/17/2006 | CYM-02363882; Wohlreich Depo. Exh. 10 |
| 56 | Email exchange Re. HMBU : Taper period, with attachment, 10/17/2002 | CYM-01781318; CYM-01781319 |
| 57 | Email exchange Re. HMBU: Taper Period, 10/17/2001 - 10/18/2002 | CYM-01802882; Detke Depo. Exh. 11 |
| 58 | Email exchange Re. HMBU: Taper Period, 10/17/2001 - 10/23/2002 | CYM-01780901; Perahia Depo. Exh. 4 |
| 59 | Email exchange Re. Inner tension, a Cymbalta AE?, 10/2/2006 | CYM-01816937 |
| 60 | Email exchange Re. IUIRB, with attachments, 2/22/2004 - 2/23/2004 | CYM-02993010 |

| No. | Description | Identifier |
|-----|-------------|------------|
| 61 | Email exchange Re. Paroxetine Switch, with attachment slides, 6/16/2003 - 6/19/2003 | CYM-01816776; CYM-01816776; Perahia Depo. Exhs. 8 & 9 |
| 62 | Email exchange Re. Question about Treatment-Emergent adverse events (redacted), 10/17/2012 - 10/24/2012 | CYM-02850728; Wohlreich Depo. Exh. 22 |
| 63 | Email exchange Re. Resubmitted.  Your Review Required Again for Disclosure Approval Request TMIS-6GWKTM Deadline - 10/11/2005 Type = Poster, 10/6/2005 - 10/11/2005 | CYM-02738381; Detke Depo. Exh. 25 |
| 64 | Email exchange Re. Speaking of discontinuation…., 10/17/2012 | CYM-02850768; Wohlreich Depo. Exh. 20 |
| 65 | Email exchange Re. Summary of Primary Care Speaker Workshop, 12/3/2005 - 12/5/2005 | CYM-02309202; Wohlreich Depo. Exh. 15 |
| 66 | Email exchange Re. URGENT: Stand-by statement on Cymbalta medical issues, with attachment, 4/23/2004 | CYM-02993062 |
| 67 | Email exchange Re. Withdrawal scale for Duloxetine, 5/5/2008 | CYM-02806828; Detke Depo. Exh. 4 |
| 68 | Excerpts of F1J-MC-HMBR Study Report, 3/2/2006 | Rule 30(b)(6) Wohlreich Depo. Exh. 13 |
| 69 | Excerpts of Protocol F1J-MC-HMBU(a), Duloxetine Versus Venlafaxine Extended Release in the Treatment of Major Depressive Disorder, 2/26/2003 | Rule 30(b)(6) Wohlreich Depo. Exh. 6 |
| 70 | Excerpts of Supportive Optional Document to the Duloxetine Core Data Sheet Pre-Read Based on Clinical Trial Data in the Adult Population, April 2010 through October 2011, 3/6/2012 | Rule 30(b)(6) Wohlreich Depo. Exh. 15 |
| 71 | Executive Summary, 2000 | CYM-02785859 |

| No. | Description | Identifier |
|-----|-------------|------------|
| 72 | Expert Report of Dr. Joseph Glenmullen (general), 9/22/2014 | Discovery responses |
| 73 | Expert Report of Karen M. Becker, 5/14/2015 | Discovery responses |
| 74 | Expert Report of Karen M. Becker, 9/22/2014 | Discovery responses |
| 75 | Expert Report of Louis A. Morris, 9/18/2014 | Discovery responses |
| 76 | Hyman, "Initiation and Adaptation: A Paradigm for Understanding Psychotropic Drug Action," Am J Psych 153:2, February 1996 | Public Document |
| 77 | Institute for Safe Medication Practices, QuarterWatch, Mointoring FDA MedWatch Reports, 10/3/2012 (in color and without bates) | Kuntz Depo. Exh. 4; *see, e.g.*, CYM-01773186 |
| 78 | Journal of Clinical Psychiatry, Volume 28, Supplement 7, 1997 | Public Document; Detke Depo. Exh. 1 |
| 79 | Letter from Ann Sakai to FDA Re. NDA 21-4127, CYMBALTA (LY248686, duloxetine hydrochloride) for Major Depressive Disorder, 5/17/2007 | CYM-01111111; CYM-01111112; Phillips Depo. Exh. 5 |
| 80 | Letter from Jennifer Holmes, Esq., Re. Discovery, 3/19/2015 | Discovery responses |
| 81 | Letter from Robert Temple, FDA to G. Brophy, with attached U.S. Product Insert, 8/3/2004 | Hoog Depo. Exh. 18; CYM-00727991-*8014 |
| 82 | Letter to Dr. Mauizio Fava from Barney Krebs, 7/7/1997 | FAVA-001; Hoog Depo. Exh. 7 (excerpt) |
| 83 | Lilly Reprint of Hudson et al, Safety and Tolerability of Duloxetine in the Treatment of Major Depressive Disorder:  Analysis of Pooled Data from Eight Placebo-Controlled Clinical Trials, 20 Hum. Psychopharmacology Clin. Exp. 327-341 (2005) | CYM-00041925; Wohlreich Depo. Exh. 5 |
| 84 | Lilly Website Printouts | Hoog Depo. Exh. 3 |

| No. | Description | Identifier |
|---|---|---|
| 85 | Lilly's Role, Website Printout, 6-15-2015 | Public document |
| 86 | Maund et al. "Benefits and harms in clinical trials of duloxetine for treatment of major depressive disorder: comparison of clinical study reports, trial registries, and publications," BMJ, 2014 Jun 4;348:g3510. | Public Document |
| 87 | Maurizio Fava, *Prospective Studies of Adverse Events Related to Antidepressant Discontinuation*, 67 J. Clin. Psychiatry 2007 (suppl. 4), 14-21 (2006) | Public Document; Detke Depo. Exh. 3 |
| 88 | Medical Information Letter, Cymbalta - Discontinuation Symptoms, 2/11/2005 | CYM-01727834; Detke Depo. Exh. 19 |
| 89 | Memorandum to Maurizio Fava and Jerold Rosenbaum, Re. Analysis plans for Study HCHJ - Brief Interruption of SSRI Therapy, 2/11/1998 | FAVA-022-FAVA-024; Hoag Depo. Exh. 7 (excerpt) |
| 90 | Memorandum to Sharon Blomgreen and Cris Nordhoff, Re. Acute-phase analysis plans for Study HCHJ, 6/27/1997 | FAVA-002; Hoog Depo. Exh. 7 (excerpt) |
| 91 | Newman, "A Black-Box Warning for Antidepressants in Children?" NEJM, October 14, 2004, 1595-1598 | Public Document |
| 92 | Original (2004) Label Text Re. Discontinuation | Phillips Depo. Exh. 3 |
| 93 | Perahia, et al, *Symptoms following abrupt discontinuation of duloxetine treatment in patients with major depressive disorder*, 89 J. of Affective Disorders, 207-212 (2005) | Public Document |
| 94 | Press Release, Re. FDA Approves Cymbalta for the Management of Chronic Musculoskeletal Pain, 11/4/2010 | CYM-01720634; Clark Depo. Exh. 8 |
| 95 | Prozac Pyramid Positioning/Message Development Research, 6/2000 | CYM-02989901 |

| No. | Description | Identifier |
|-----|-------------|------------|
| 96 | Rebuttal Expert Report of Karen M. Becker, 5/21/2015 | Discovery responses |
| 97 | Resume, Christine A. Phillips, 5/2014 | Phillips Depo. Exh. 2 |
| 98 | Resume, Sara A. Mescher | Mescher Depo. Exh. 2 |
| 99 | Resume, Sharon L. Hoog, M.D., 11/26/2014 | Hoog Depo. Exh. 2 |
| 100 | Richelson, "Pharmacology of Antidepressants," Mayo Clin Proc. 2001;76:511-527 | Public Document |
| 101 | Risk Management Plan (Revision 3), 8/8/2007 | Hoog Depo. Exh. 10; CYM-01137786-*8007 |
| 102 | Risk Management Plan (rv2) exerpts, 10/12/2006 | Hoog Depo. Exh. 9; CYM-01671010-*1020 |
| 103 | Rodger Grimson, PhD, A Statistical Analysis of Data Regarding Abrupt Discontinuation of Duloxetine in Patients with Major Depressive Disorder, 9/19/2014 | Discovery responses |
| 104 | Spielmans, "A Case Study of Salami Slicing: Pooled Analyses of Duloxetine for Depression," Psychotherapy and Psychosomatics, 2010; 79:97-106 | Public Document |
| 105 | Spielmans, "Duloxetine Does Not Relive Painful Symptoms in Depression: A Meta-Analysis," Psychotherapy and Psychosomatics, 2008;77:12-16 | Public Document |
| 106 | Summary of Product Characteristics, 2010, updated 11/8/2010 | CYM-01800276; Mescher Depo. Exh. 5 |
| 107 | Supplemental Expert Report of Louis A. Morris, 5/2015 | Discovery responses |
| 108 | Table: Treatment-Emergent Adverse Events By Decreasing Frequency All Patients who Entered Study Period IV - Excluding VEN75MG Group F1-MC-HMBU & HMCQ Study Period IV | CYM-00149625-*9204; Rule 30(b)(6) Wohlreich Depo. Exh. 12 |

| No. | Description | Identifier |
|-----|-------------|------------|
| 109 | Table: Treatment-Emergent Adverse Events By Decreasing Frequency All Patients who Entered Study Period IV F1-MC-HMBU | CYM-00144852-*4855; Rule 30(b)(6) Wohlreich Depo. Exh. 9 |
| 110 | Table: Treatment-Emergent Adverse Events By Decreasing Frequency All Patients who Entered Study Period IV F1-MC-HMBU & HMCQ Study Period IV | CYM-00149596-*9602; Rule 30(b)(6) Wohlreich Depo. Exh. 11 |
| 111 | Table: Treatment-Emergent Adverse Events Collected by AMDP-5 By Decreasing Frequency All Patients who Entered Study Period IV F1-MC-HMBU Study Period IV | CYM-00145306-*5307; Rule 30(b)(6) Wohlreich Depo. Exh. 8 |
| 112 | Table: Treatment-Emergent Adverse Events Collected by AMDP-5 By Decreasing Frequency All Patients who Entered Study Period IV F1-MC-HMCQ Study Period IV | CYM-00149293-*9294; Rule 30(b)(6) Wohlreich Depo. Exh. 10 |
| 113 | The Analgesic Efficacy of Cymbalta (duloxetine HCI) in Fibromyalgia and Diabetic Peripheral Neuropathic Pain (undated) | CYM-01188735; Clark Depo. Exh. 7 |
| 114 | The Market and Competition for Cymbalta, 3/2003 | CYM-01866789 |
| 115 | Turner, "Selective Publication of Antidepressant Trials and its Influence on Apparent Efficacy," NEJM, January 16, 2008, 358;3, 252-260 | Public Document |
| 116 | U.S. Product Insert, revised 8/24/2012 | CYM-00509373; Mescher Depo. Exh. 3 |
| 117 | Website printout (undated) | CYM-01188150; Clark Depo. Exh. 11 |
| 118 | Joseph Glenmullen, Antidepressant Solution, A Step-by-Step Guide to Safely Overcoming Antidepressant Withdrawal, Dependence, and "Addiction" | Public Document |

| No. | Description | Identifier |
|---|---|---|
| 119 | Rosenbaum, Fava, Hoog, Ascroft, Krebs, "Selective serotonin reuptake inhibitor discontinuation syndrome: a randomized clinical trial," Biological Psychiatry, 1998; 44(2):77-87 | Public Document |
| 120 | Thailand Cymbalta Label | Lilly produced, no bates #s |
| 121 | Malaysia Cymbalta Label | Lilly produced, no bates #s |
| 122 | Saudi Arabia Cymbalta Label | Lilly produced, no bates #s |
| 123 | Egypt Cymbalta Label | Lilly produced, no bates #s |
| 124 | Israel Cymbalta Label | Lilly produced, no bates #s |
| 125 | Chile Cymbalta Label | Lilly produced, no bates #s |
| 126 | Argentina Cymbalta Label | Lilly produced, no bates #s |
| 127 | Pakistan Cymbalta Label | Lilly produced, no bates #s |
| 128 | China Cymbalta Label | Lilly produced, no bates #s |
| 129 | Latin America Cymbalta Label | Lilly produced, no bates #s |
| 130 | Deposition transcript of Christine Phillips | Discovery document |
| 131 | Deposition transcript of David Perahia, M.D. | Discovery |
| 132 | Deposition transcript of Elyah Musleh | Discovery |
| 133 | Deposition transcript of Karen Becker, May 28, 2015 | Discovery |
| 134 | Deposition transcript of Karen Becker, December 3, 2014 | Discovery |
| 135 | Deposition transcript of Madeleine Wohlreich, M.D., April 29, 2015 | Discovery |
| 136 | Deposition transcript of Madeleine Wohlreich, M.D., April 30, 2015 | Discovery |

| No. | Description | Identifier |
|---|---|---|
| 137 | Deposition transcript of Matt Kuntz | Discovery |
| 138 | Deposition transcript of Michael Clark, M.D. | Discovery |
| 139 | Deposition transcript of Michael Detke, M.D. | Discovery |
| 140 | Deposition transcript of Sara Mescher | Discovery |
| 141 | Deposition transcript of Sharon Hoog, M.D. | Discovery |
| 142 | Deposition transcript of Steven P. Knowles | Discovery |
| 143 | Deposition transcript of Torkil Fredberg | Discovery |
| 144 | Deposition transcript of Joseph Glenmullen, M.D., June 1, 2015 | Discovery |
| 145 | Deposition transcript of Joseph Glenmullen, M.D., November 25, 2014 | Discovery |
| 146 | Deposition transcript of Louis Morris, May 26, 2015 | Discovery |
| 147 | Deposition transcript of Louis Morris in *Herrera* and *Hexum* | Discovery |

### B.    Plaintiff Hagan-Brown's Case-Specific Exhibits, Starting at Exhibit No. 201

| No. | Description | Identifier |
|---|---|---|
| 201 | Defendant's Responses to Hagan-Brown's Amended First Set of Requests for Admission, served March 9, 2015 | Discovery responses |
| 202 | Defendant's Reponses to Hagan-Brown's First Set of Interrogatories, served March 9, 2015 | Discovery responses |
| 203 | Rebuttal Expert Report of Dr. Michael Clark (Hagan-Brown v. Eli Lilly), 5/21/2015 | Discovery responses |

| No. | Description | Identifier |
|-----|-------------|------------|
| 204 | Expert Report of Dr. Joseph Glenmullen (Hagan-Brown v. Eli Lilly), 5/14/2015 | Discovery responses |
| 205 | Plaintiff Hagan-Brown's Complaint | Litigation document. |
| 206 | Deposition transcript of Gilda Hagan-Brown | Discovery |
| 207 | Expert Report of Dr. Michael Clark (Hagan-Brown v. Eli Lilly), 5/14/2015 | Discovery responses |
| 208 | Medical record from Dr. Scott Whittaker dated November 22, 2011 | Gilda Hagan-Brown deposition, Exhibit 6, page 70 |
| 209 | Social Security Disability paperwork marked as Exhibit 7 at Gilda Hagan-Brown's deposition | Gilda Hagan-Brown deposition, Exhibit 7, page 1 - 17 |
| 210 | Sleep Study report from Dr. Rashid Nayyar, August 3, 2012 – August 4, 2012 | Discovery responses |
| 211 | Index card created by Gilda Hagan-Brown listing her fibromyalgia symptoms (produced at deposition) | Discovery responses |
| 212 | Progress Notes from Dr. Bahadori dated September 17, 2012 | BROWNG_BAHADORIM_0002, BROWNG_BAHADORIM_0003, and BROWNG_BAHADORIM_0011 |
| 213 | Progress Notes from Dr. Bahadori dated September 24, 2012 | BROWNG_BAHADORIM_0010 |
| 214 | Progress Notes from Dr. Bahadori dated December 13, 2012 | BROWNG_BAHADORIM_0009 |
| 215 | CVS Pharmacy records showing Cymbalta prescriptions | BROWNG_BAHADORIM_0012 |
| 216 | Records marked as Exhibit 1 to Gilda Hagan Brown's deposition | Gilda Hagan-Brown deposition, Exhibit 1, page 1-16 |
| 217 | Progress Notes from Dr. Bahadori dated February 5, 2013 | BROWNG_BAHADORIM_0008 |

| No. | Description | Identifier |
|-----|-------------|-----------|
| 218 | Progress Notes from Dr. Bahadori dated March 25, 2013 | BROWNG_BAHADORIM_0007 |
| 219 | Index Card created by Gilda Hagan-Brown listing Cymbalta withdrawal side effects | Gilda Hagan-Brown deposition, Exhibit 1, page 13 |
| 220 | Progress Notes from Dr. Bahadori dated March 13, 2013 | BROWNG_BAHADORIM_0006 |
| 221 | Progress Notes from Dr. Bahadori dated May 14, 2013 | BROWNG_BAHADORIM_0004 |
| 222 | Records from Prince William Family Counseling marked as Exhibit 4 to Gilda Hagan Brown's deposition | Gilda Hagan-Brown deposition, Exhibit 4, page 1-28 |
| 223 | Psychological Assessment by Carol McCleary of Prince William Family Counseling on April 11, 2013 and July 2, 2013 | BROWNG_PLTF_0018 - BROWNG_PLTF_0025 |
| 224 | Medical records from Youth for Tomorrow marked as Exhibit 3 to Gilda Hagan Brown's deposition | BROWNG_KOSHESR_0001 - BROWNG_KOSHESR_0006 |
| 225 | Doctor Visit Form from Dr. Koshes of Youth for Tomorrow dated May 7, 2014 | BROWNG_KOSHESR_0006 |
| 226 | Nurse's Notes from Youth for Tomorrow dated May 7, 2014 | BROWNG_KOSHESR_0002 |
| 227 | Plaintiff's Responses to Defendant's First Set of Interrogatories and Verification served February 11, 2015 | Discovery responses |
| 228 | Deposition transcript of Mohammad Bahadori, M.D. | Discovery |
| 229 | Deposition transcript of Henry Hagan-Brown | Discovery |
| 229 | Deposition transcript of Ronald Koshes, M.D. | Discovery |
| 229 | Deposition transcript of Carol McCleary | Discovery |

| No. | Description | Identifier |
|-----|-------------|------------|
| 230 | Brief Chronology regarding Gilda Hagan-Brown created by Dr. Glenmullen | Discovery responses |
| 231 | List of withdrawal side-effects experienced by Gilda Hagan-Brown used by Dr. Glenmullen | Discovery responses |

**C.    Plaintiff Ali's Case-Specific Exhibits, Starting at Exhibit No. 301**

| No. | Description | Identifier |
|-----|-------------|------------|
| 301 | Expert Report of Dr. Michael Clark (Ali v. Eli Lilly), 5/14/2015 | Discovery responses |
| 302 | Rebuttal Expert Report of Dr. Michael Clark (Ali v. Eli Lilly), 5/21/2015 | Discovery responses |
| 303 | Expert Report of Dr. Joseph Glenmullen (Ali v. Eli Lilly), 5/14/2015 | Discovery responses |
| 304 | Defendant's Responses to Ali's Amended First Set of Requests for Admission, served March 9, 2015 | Discovery responses |
| 305 | Defendant's Reponses to Ali's First Set of Interrogatories, served March 9, 2015 | Discovery responses |
| 306 | Plaintiff Ali's Complaint | Litigation document. |
| 307 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0008 |
| 308 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0009 – ALIJ_AHMEDN_0010 |
| 309 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0015 |
| 310 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0016 |
| 311 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0026 – ALIJ_AHMEDN_0027 |
| 312 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0034 |

| No. | Description | Identifier |
|-----|-------------|------------|
| 313 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0053 |
| 314 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0056 |
| 315 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0073 |
| 316 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0074 |
| 317 | Dr. Navera Ahmed records regarding Janine Ali | ALIJ_AHMEDN_0082 – ALIJ_AHMEDN_0083 |
| 318 | Alexandria Healthcare Center records regarding Janine Ali | Ali, Janine 1 Alexandria HCC |
| 319 | CVS/Caremark records regarding Janine Ali | ALIJ_CP_0001 – ALIJ_CP_0005 |
| 320 | Plaintiff's Responses to Defendant's First Set of Interrogatories | Discovery responses |
| 321 | Plaintiff's Amended Responses to Defendant's First Set of Interrogatories | Discovery responses |
| 322 | Plaintiff's Responses to Defendant's Second Set of Interrogatories | Discovery responses |
| 323 | Deposition transcript of Jehad Ali | Discovery |
| 324 | Brief Chronology regarding Janine Ali created by Dr. Glenmullen | Discovery responses |
| 325 | List of withdrawal side-effects experienced by Janine Ali used by Dr. Glenmullen | Discovery responses |

DATED:  June 17, 2015          Respectfully submitted,

/s/ Peter A. Miller
Peter A. Miller (47822)
MILLER LEGAL LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909

Fax: (888) 830-1488
pmiller@millerlegalllc.com

BAUM, HEDLUND, ARISTEI &
GOLDMAN, P.C.
R. Brent Wisner, Esq. (*pro hac vice*)
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444
rbwisner@baumhedlundlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2015, a true copy of the foregoing FED. R. CIV. P. 26(a)(3) DISCLOSURES was filed electronically with the Clerk of Court for the Eastern District of Virginia, using the CM/ECF system, which will send a notification of such filing to the following:

Jeffrey Todd Bozman
Michael X. Imbroscio *(pro hac vice)*
Phyllis A. Jones *(pro hac vice)*
Brett C. Reynolds *(pro hac vice)*
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5335
Fax: (202) 778-5535

/s/ Peter A. Miller
Peter A. Miller (Va. Bar 47822)
MILLER LEGAL LLC
175 S. Pantops Drive, Ste. 301
Charlottesville, VA 22911
Tele (434) 529-6909
Fax (888) 830-1488
pmiller@millerlegalllc.com