# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

JANINE ALI

              Plaintiff,

     v.

ELI LILLY AND COMPANY, an Indiana corporation,

              Defendant.

CASE NO.: 1:14-CV-01615

## **PARTIES' JOINT STATEMENT OF UNCONTESTED FACTS**

**A.**     **The Parties**

1.     Plaintiff Janine Ali is a resident of the Commonwealth of Virginia.

2.     Defendant Eli Lilly and Company is an Indiana corporation with its headquarters in Indianapolis, Indiana.

3.     Eli Lilly and Company will be referred to as "Lilly."

4.     The Court has subject matter jurisdiction, as well as personal jurisdiction over Lilly.

**B.**     **Background**

5.     Cymbalta is the trade name (or brand name) of a prescription medication, the active ingredient of which is duloxetine hydrochloride. It is also commonly referred to as duloxetine.

6.     Cymbalta is a serotonin norepinephrine reuptake inhibitor ("SNRI").

7.     Lilly researched, tested, developed, manufactured, labeled, marketed, and sold Cymbalta.

**C.**     **Cymbalta Indications and Approvals**

8.     The U.S. Food and Drug Administration ("FDA") approved Cymbalta in 2004 for the treatment of Major Depressive Disorder ("MDD") and Diabetic Peripheral Neuropathic Pain ("DPNP").

9.     The FDA approved Cymbalta in 2007 for the treatment of Generalized Anxiety Disorder ("GAD").

10.     The FDA approved Cymbalta in 2008 for the treatment of fibromyalgia.

11.     The FDA approved Cymbalta in 2010 for the treatment of chronic musculoskeletal pain.

###### D. **Cymbalta Labels**

12. A version of the United States Package Insert ("USPI") for Cymbalta was issued on September 7, 2011, and is numbered PV 7219 AMP.

13. On August 24, 2012, the FDA approved a Medication Guide for Cymbalta, which is numbered PV 7091 AMP.


Dated June 18, 2015                    Respectfully submitted,

*/s/ Peter A. Miller*                    */s/ Jeffrey Todd Bozman*
Peter A. Miller (VSB 47822)           Jeffrey Todd Bozman (VSB 83679)
MILLER LEGAL LLC                      Michael X. Imbroscio (*pro hac vice*)
175 S. Pantops Drive, Third Floor     Paul W. Schmidt (*pro hac vice*)
Charlottesville, VA 22911             Phyllis A. Jones (*pro hac vice*)
Tel:  (434) 529-6909                  Brian Stekloff (*pro hac vice*)
Fax:  (888) 830-1488                  Brett C. Reynolds (*pro hac vice*)
pmiller@millerlegallc.com             COVINGTON & BURLING LLP
                                      One CityCenter
R. Brent Wisner (*pro hac vice*)      850 Tenth Street, N.W.
BAUM HEDLUND ARISTEI & GOLDMAN,       Washington, DC 20003
P.C.                                  Tel:  (202) 662-5335
12100 Wilshire Blvd., Ste. 950        Fax:  (202) 778-5335
Los Angeles, CA 90025                 jbozman@cov.com
Tel:  (310) 207-3233
Fax:  (310) 820-7444                  *Attorneys for Defendant Eli Lilly & Company*
rbwisner@baumhedlundlaw.com

T. Matthew Leckman (*pro hac vice*)
POGUST BRASLOW & MILLROOD LLC
Eight Tower Bridge, Ste. 940
161 Washington Street
Conshohocken, PA 19428
Tel:  (610) 941-4204
Fax:  (610) 941-4245
mleckman@pbmattorneys.com

*Attorneys for Plaintiff Janine Ali*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of June, 2015, I will electronically file the foregoing

with the Clerk of the Court using the CM/ECF system, which will then send a notification of

such filing (NEF) to the following:

Peter A. Miller
Brielle Marie Hunt
MILLER LEGAL LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel:  (434) 529-6909
Fax:  (888) 830-1488
pmiller@millerlegalllc.com
bhunt@millerlegalllc.com

R. Brent Wisner (*pro hac vice*)
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444
rbwisner@baumhedlundlaw.com

*Counsel for Plaintiffs*

Dated: June 17, 2015

By: _____/s/_____
Jeffrey T. Bozman (83679)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel: (202) 662-5829
Fax: (202) 778-5829
jbozman@cov.com

*Counsel for Eli Lilly and Company*