UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| JANINE ALI | CASE NO.: 1:14-CV-01615 |
|---|---|
| Plaintiff, | |
| v. | |
| ELI LILLY AND COMPANY, an Indiana corporation, | |
| Defendant. | |

## ELI LILLY AND COMPANY'S WITNESS LIST

Pursuant to the Court's Orders and Federal Rule of Civil Procedure 26, Eli Lilly and Company ("Lilly") hereby identifies witnesses it anticipates calling at trial, other than witnesses contemplated to be called solely for impeachment. Lilly also reserves the right to call any witnesses on Plaintiff's witness list.

| Name | Description | Contact Information |
|---|---|---|
| Navera Ahmed, M.D. (live, but by deposition if does not appear live) | Plaintiff's Healthcare Provider | Arthritis Clinic of Northern Virginia<br>1635 N George Mason Drive<br>Arlington, VA 22205<br>(703) 525-3069 |
| Jehad Ali (live, but by deposition if does not appear live) | Plaintiff's Son | Through Plaintiff's Counsel |
| Karen Becker, Ph.D. | Regulatory/Labeling Expert | Precision for Medicine<br>2 Bethesda Metro Center<br>Suite 850<br>Bethesda, MD 20814<br>(240) 654-0730 |
| Michael Clark, M.D. | Pain/Fibromyalgia Expert | The Johns Hopkins Hospital<br>600 North Wolfe Street<br>Baltimore, MD 21287<br>(410) 955-2126 |

| Sharon Hoog, M.D. (live or by deposition) | Eli Lilly Employee | Lilly Corporate Center Indianapolis, Indiana 46285 (317) 276-2000 |
|---|---|---|
| Steven Knowles, M.D. (live or by deposition) | Eli Lilly Employee | Lilly Corporate Center Indianapolis, Indiana 46285 (317) 276-2000 |
| David G. Perahia, M.D. (live or by deposition) | Eli Lilly Employee | Lilly Research Centre Sunninghill Road Windlesham, Surrey GU20 6PH United Kingdom +44 1276 483000 |
| Madeline Wohlreich, M.D. (live or by deposition) | Eli Lilly Employee | Lilly Corporate Center Indianapolis, Indiana 46285 (317) 276-2000 |

Dated June 17, 2015

Respectfully submitted,

*/s/ Jeffrey Todd Bozman*
Jeffrey Todd Bozman (VSB 83679)
Michael X. Imbroscio (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
Brian Stekloff (*pro hac vice*)
Brett C. Reynolds (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20003
Tel: (202) 662-5335
Fax: (202) 778-5335
jbozman@cov.com

*Attorneys for Defendant Eli Lilly & Company*

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Peter A. Miller
Brielle Marie Hunt
MILLER LEGAL LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909
Fax: (888) 830-1488
pmiller@millerlegalllc.com
bhunt@millerlegalllc.com

R. Brent Wisner (*pro hac vice*)
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444
rbwisner@baumhedlundlaw.com

*Counsel for Plaintiffs*

Dated: June 17, 2015

By: _____/s/_____
Jeffrey T. Bozman (83679)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
Tel: (202) 662-5829
Fax: (202) 778-5829
jbozman@cov.com

*Counsel for Eli Lilly and Company*