## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF VIRGINIA

## ALEXANDRIA DIVISION

| | |
|---|---|
| JANINE ALI,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　　Defendant. | 1:14-cv-01615-AJT-JFA |

## ELI LILLY AND COMPANY'S EXHIBIT LIST

Pursuant to the Court's Orders and Federal Rule of Civil Procedure 26, Eli Lilly and Company ("Lilly") hereby submits the following Exhibit List containing the documents Lilly anticipates offering at trial, except for purposes of impeachment or rebuttal.  Lilly also reserves the right to use any document on Plaintiff's witness list.

| Exhibit No. | Description | Beg. Bates |
|---|---|---|
| DTX 400 | Medical Information Letter: 12-2009 [Designated as Perahia Ex. 23] | CYM-01727822 |
| DTX 401 | Letter to Lilly from FDA, 08-03-2004 [Designated as Hoog Ex.18] | CYM-00727991 |
| DTX 402 | Clinical Study Report: HMAT(b) | CYM-01054242 |
| DTX 403 | Clinical Study Report: HMAQ(b) | CYM-01033964 |
| DTX 404 | Clinical Study Report: HMAQ(a) | CYM-01028897 |
| DTX 405 | Clinical Study Report: HMBH(b) | CYM-01057305 |
| DTX 406 | Clinical Study Report: HMBH(a) | CYM-01026706 |
| DTX 407 | Clinical Study Report: HMAY(a) | CYM-00870792 |
| DTX 408 | Clinical Study Report: HMAY(b) | CYM-01493802 |
| DTX 409 | Labeling Submission (excerpt), 11-09-2009 | CYM 00159616 |
| DTX 410 | Cymbalta Label: PV7216AMP, 04-15-2011 | CYM-00009437 |

| DTX 411 | Cymbalta Label: PV7217AMP, 04-22-2011 | CYM-00009679 |
|---------|----------------------------------------|--------------|
| DTX 412 | Cymbalta Label: PV7218AMP, 05-06-2011 | CYM-00011724 |
| DTX 413 | Cymbalta Label: PV7213AMP, 11-15-2010 | CYM-00011821 |
| DTX 414 | Cymbalta Label: PV7219AMP, 09-07-2011 | CYM-00028678 |
| DTX 415 | Email to A. Gibson from P. Burns with Jan. 26, 2005 Letter to Lilly from FDA, 01-27-2005 | CYM-00728996 |
| DTX 416 | Labeling Submission (excerpt), 01-30-2009 | CYM-00081925 |
| DTX 417 | 2009 Annual Report | CYM-00131537 |
| DTX 418 | 2009 Labeling Summary | CYM-00131542 |
| DTX 419 | PSUR 9 Aug 2008 - Aug 2009 | CYM-00131805 |
| DTX 420 | Labeling Submission (excerpt), 05-13-2009 | CYM-00142819 |
| DTX 421 | Email to A. Gibson from B. Boggs with Mar. 18, 2009 Letter to Lilly from FDA, 03-20-2009 | CYM-00161214 |
| DTX 422 | Cymbalta Medication Guide: PV5084AMP, 12-04-2008 | CYM-00161246 |
| DTX 423 | Email to A. Gibson from B. Boggs with Apr. 16, 2009 Letter to Lilly from FDA, 04-17-2009 | CYM-00161257 |
| DTX 424 | Clinical Study Report: HMEN - Extension | CYM-00183824 |
| DTX 425 | Clinical Study Report: HMEO | CYM-00186881 |
| DTX 426 | Clinical Study Report: HMFG | CYM-00191636 |
| DTX 427 | Multistudy-analyses Reports of Analyses of Data from More than One Study for Cymbalta (Duloxetine hydrochloride) Chronic Pain, 05-12-09 | CYM-00193633 |
| DTX 428 | 2010 Annual Report | CYM-00288781 |
| DTX 429 | 2010 Labeling Summary | CYM-00288810 |
| DTX 430 | PSUR 10 Aug 2009- Aug 2010 | CYM-00289558 |
| DTX 431 | Labeling Submission (excerpt), 02-11-2011 | CYM-00300195 |
| DTX 432 | Letter to Lilly from FDA, 11-19-2009 | CYM-00300503 |
| DTX 433 | Cymbalta Label: PV7211AMP, 01-13-2010 | CYM-00301254 |
| DTX 434 | Letter to Lilly from FDA, 12-20-2010 | CYM-00301315 |
| DTX 435 | Email to Lilly from FDA, 02-11-2011 | CYM-00301323 |
| DTX 436 | Labeling Submission (excerpt), 05-28-2010 | CYM-00301444 |
| DTX 437 | Email from M. Kuntz to A. Gibson with Nov. 4, 2010 Letter to Lilly from FDA, 11-04-2010 | CYM-00304559 |
| DTX 438 | Cymbalta Medication Guide: PV7090AMP, 02-16-2009 | CYM-00304596 |
| DTX 439 | Cymbalta Label: PV7215AMP, 04-13-2011 | CYM-00315316 |
| DTX 440 | 2011 Annual Report | CYM-00317711 |
| DTX 441 | Cymbalta Label: PV7214AMP, 03-04-2011 | CYM-00317715 |
| DTX 442 | 2011 Labeling Summary | CYM-00317769 |
| DTX 443 | Labeling Submission (excerpt), 04-14-2011 | CYM-00318029 |
| DTX 444 | Labeling Submission (excerpt), 08-10-2011 | CYM-00324129 |
| DTX 445 | Letter to Lilly from FDA, 09-02-2011 | CYM-00324408 |
| DTX 446 | Email to FDA from Lilly, 08-17-2011 | CYM-00324648 |
| DTX 447 | PSUR 11 Aug 2010- Aug 2011 | CYM-00331576 |
| DTX 448 | 2012 Annual Report | CYM-00504449 |
| DTX 449 | 2012 Labeling Summary | CYM-00504452 |

| DTX 450 | Labeling Submission (excerpt), 04-30-2012 | CYM-00505018 |
|---|---|---|
| DTX 451 | PSUR 12 Aug 2011- Aug 2012 | CYM-00512955 |
| DTX 452 | Letter to FDA from Lilly, 06-03-1991 | CYM-00526490 |
| DTX 453 | Clinical Study Report: HMDV | CYM-00570202 |
| DTX 454 | Clinical Study Report: HMEN | CYM-00588976 |
| DTX 455 | Clinical Study Report: HMEP | CYM-00593220 |
| DTX 456 | Cymbalta Label: PV3604AMP, 08-09-2005 | CYM-00677032 |
| DTX 457 | Labeling Submission (excerpt), 10-11-2005 | CYM-00677117 |
| DTX 458 | Cymbalta Label: PV3605AMP, 10-11-2005 | CYM-00677202 |
| DTX 459 | Cymbalta Label: PV3601AMP, 09-03-2004 | CYM-00679036 |
| DTX 460 | Cymbalta Medication Guide: PV5081AMP, 01-26-2005 | CYM-00681579 |
| DTX 461 | Integrated Summary of Safety, 10-10-2001 | CYM-00701344 |
| DTX 462 | Labeling Submission (excerpt), 03-24-2003 | CYM-00705947 |
| DTX 463 | PADER, NDA 21-427, 12-03-2004 | CYM-00713404 |
| DTX 464 | PSUR 1 Aug 2004 - Feb 2005 | CYM-00715114 |
| DTX 465 | PADER, NDA 21-427, 06-01-2005 | CYM-00717617 |
| DTX 466 | PSUR 2 Feb 2005 - Aug 2005 | CYM-00719280 |
| DTX 467 | 2005 Annual Report | CYM-00722811 |
| DTX 468 | 2005 Labeling Summary | CYM-00722822 |
| DTX 469 | PADER, NDA 21-427, 12-02-2005 | CYM-00723502 |
| DTX 470 | Labeling Submission (excerpt), 11-12-2001 | CYM-00725746 |
| DTX 471 | Cymbalta Label: NL 3600 AMP | CYM-00725814 |
| DTX 472 | Cymbalta Draft Label, 09-29-2003 | CYM-00727880 |
| DTX 473 | Cymbalta Draft Label, 07-15-2004 | CYM-00727969 |
| DTX 474 | Letter to Lilly from FDA, 08-03-2004 | CYM-00727991 |
| DTX 475 | Letter to Lilly from FDA, 10-15-2004 | CYM-00728261 |
| DTX 476 | Email to A. Gibson from P. Burns, with Jan. 12, 2005 Letter to Lilly from FDA, 01-12-2005 | CYM-00728875 |
| DTX 477 | Labeling Submission (excerpt), 01-23-2006 | CYM-00733942 |
| DTX 478 | Cymbalta Label: PV3606AMP, 01-23-2006 | CYM-00735753 |
| DTX 479 | Clinical Study Report: HMBR | CYM-00745262 |
| DTX 480 | Clinical Study Report: HMDT | CYM-00750820 |
| DTX 481 | Clinical Study Report: HMDU | CYM-00755360 |
| DTX 482 | Clinical Study Report: HMAV(a) | CYM-00772736 |
| DTX 483 | Clinical Study Report: HMAV(b) - Abbreviated | CYM-00776920 |
| DTX 484 | Clinical Study Report: HMDD | CYM-00806596 |
| DTX 485 | Clinical Study Report: SBBR | CYM-00821165 |
| DTX 486 | Clinical Study Report: SBBT | CYM-00823606 |
| DTX 487 | Clinical Study Report: SBBU | CYM-00824601 |
| DTX 488 | PSUR 3 Aug 2005 - Feb 2006 | CYM-00861952 |
| DTX 489 | Clinical Study Report: HMBV | CYM-00890049 |
| DTX 490 | Clinical Study Report: SBBL | CYM-00898475 |
| DTX 491 | Labeling Submission (excerpt), 04-27-2006 | CYM-00944957 |
| DTX 492 | Letter to Lilly from FDA, 06-06-2006 | CYM-00945926 |
| DTX 493 | PADER, NDA 21-427, 05-31-2006 | CYM-00946003 |

| DTX 494 | Cymbalta Label: PV3607AMP, 08-30-2006 | CYM-00947616 |
| DTX 495 | PSUR 4 Feb 2006 - Aug 2006 | CYM-00947704 |
| DTX 496 | Cymbalta Label: PV3608AMP, 09-15-2006 | CYM-00954492 |
| DTX 497 | Clinical Study Report: HMBT | CYM-00955529 |
| DTX 498 | Cymbalta Label: PV3609AMP, 10-04-2006 | CYM-00959730 |
| DTX 499 | PADER, NDA 21-427, 11-30-2006 | CYM-00960485 |
| DTX 500 | PADER, NDA 21-427, 05-31-2007 | CYM-00962156 |
| DTX 501 | PSUR  5 Aug 2006- 2007 | CYM-00963610 |
| DTX 502 | Cymbalta Label: PV3600AMP, 08-03-2004 | CYM-00967892 |
| DTX 503 | Cymbalta Label: PV3602AMP, 01-12-2005 | CYM-00971560 |
| DTX 504 | Cymbalta Label: PV3603AMP, 01-26-2005 | CYM-00973434 |
| DTX 505 | 2007 Annual Report | CYM-00977185 |
| DTX 506 | 2007 Labeling Summary | CYM-00977207 |
| DTX 507 | Labeling Submission (excerpt), 10-31-2006 | CYM-00978617; CYM-00978764 |
| DTX 508 | 2006 Annual Report | CYM-01008240 |
| DTX 509 | 2006 Labeling Summary | CYM-01008251 |
| DTX 510 | Clinical Study Report: HMAT(a) | CYM-01030818 |
| DTX 511 | Cymbalta Label: PV5900AMP, 02-23-2007 | CYM-01081105 |
| DTX 512 | Cymbalta Label: PV5901AMP, 03-01-2007 | CYM-01081516 |
| DTX 513 | Email to FDA from Lilly, 06-22-2007 | CYM-01082644 |
| DTX 514 | Cymbalta Label: PV5903AMP, 05-31-2007 | CYM-01085425 |
| DTX 515 | Cymbalta Medication Guide: PV5082AMP, 05-01-2007 | CYM-01085453 |
| DTX 516 | Cymbalta Label: PV5904AMP, 06-28-2007 | CYM-01088714 |
| DTX 517 | Cymbalta Label: PV5907AMP, 12-13-2007 | CYM-01092811 |
| DTX 518 | Letter to FDA from Lilly, 12-13-2007 | CYM-01093768 |
| DTX 519 | Cymbalta Label: PV5905AMP, 10-25-2007 | CYM-01095276 |
| DTX 520 | Cymbalta Label: PV5906AMP, 11-28-2007 | CYM-01097939 |
| DTX 521 | PSUR 7 Aug 2007 - Feb 2008 | CYM-01099044 |
| DTX 522 | PSUR 6 Feb 2007 - Aug 2007 | CYM-01103692 |
| DTX 523 | 2008 Annual Report | CYM-01107432 |
| DTX 524 | Labeling Submission (excerpt), 05-17-2007 | CYM-01111111; CYM-01111108 |
| DTX 525 | Cymbalta Label: PV5902AMP, 05-17-2007 | CYM-01111148 |
| DTX 526 | Letter to Lilly from FDA, 05-01-2007 | CYM-01111684 |
| DTX 527 | Labeling Submission (excerpt), 10-25-2007 | CYM-01113163; CYM-01113160 |
| DTX 528 | Email to Lilly, M. Lunik from B. Boggs with Nov. 28, 2007 Letter to Lilly from FDA, 11-29-2007 | CYM-01113345 |
| DTX 529 | Email to S. Ottinger from B. Boggs, 06-10-2008 | CYM-01117594 |
| DTX 530 | Labeling Submission (excerpt), 08-11-2008 | CYM-01117607 |
| DTX 531 | PSUR 8 Feb 2008 - Aug 2008 | CYM-01117943 |
| DTX 532 | Cymbalta Label: PV5909AMP, 08-11-2008 | CYM-01124388 |
| DTX 533 | Cymbalta Label: PV6860AMP, 12-04-2008 | CYM-01124399 |

| | | |
|---|---|---|
| DTX 534 | Cymbalta Label: PV6860AMP, 12-04-2008 [Designated as Glenmullen Ex. 04] | CYM-01124399 |
| DTX 535 | Cymbalta Label: PV6860AMP, 12-04-2008 [Designated as Morris Ex. 04] | CYM-01124399 |
| DTX 536 | Cymbalta Label: PV5908AMP, 06-13-2008 | CYM-01125423 |
| DTX 537 | Cymbalta Label: PV6862AMP, 02-16-2009 | CYM-01136268 |
| DTX 538 | Letter to FDA from Lilly, 08-14-2007 | CYM-01137080 |
| DTX 539 | Clinical Study Report: HMCA | CYM-01142733 |
| DTX 540 | Letter to Lilly from FDA, 06-13-2008 | CYM-01183976 |
| DTX 541 | Cymbalta Medication Guide: PV5083AMP, 06-21-2007 | CYM-01184009 |
| DTX 542 | Clinical Study Report: HMEH | CYM-01191333 |
| DTX 543 | Additional Analyses for Safety for Duloxetine Hydrochloride Fibromyalgia (excerpt), 08-08-07 | CYM-01199292 |
| DTX 544 | Letter to Lilly from FDA, 09-03-2004 | CYM-01206982 |
| DTX 545 | Labeling Submission (excerpt), 03-02-2004 | CYM-01207255; CYM-01207155 |
| DTX 546 | Clinical Study Report: HMBC | CYM-01213266 |
| DTX 547 | Clinical Study Report: HMBT 6-month exposure | CYM-01215476 |
| DTX 548 | Clinical Study Report: HMAV(a) - Acute | CYM-01220120 |
| DTX 549 | Labeling Submission (excerpt), 12-04-2008 | CYM-01545782 |
| DTX 550 | Letter to Lilly from FDA, 02-23-2007 | CYM-01548235 |
| DTX 551 | Cymbalta Label: PV6863AMP, 11-19-2009 | CYM-01703746 |
| DTX 552 | Cymbalta Label: PV7212AMP, 11-04-2010 | CYM-01720936 |
| DTX 553 | Medical Information Letter: 04-2010 | CYM-01727818 |
| DTX 554 | Medical Information Letter: 12-2009 | CYM-01727822 |
| DTX 555 | Medical Information Letter: 02-2013 | CYM-01727826 |
| DTX 556 | Medical Information Letter: 02-2005 | CYM-01727834 |
| DTX 557 | Medical Information Letter: 02-2009 | CYM-01727839 |
| DTX 558 | Medical Information Letter: 02-2009 | CYM-01727839 |
| DTX 559 | Medical Information Letter: 01-2007 | CYM-01727843 |
| DTX 560 | Medical Information Letter: 01-2012 | CYM-01727852 |
| DTX 561 | Medical Information Letter: 11-2010 | CYM-01727856 |
| DTX 562 | Medical Information Letter: 10-2004 | CYM-01727860 |
| DTX 563 | Medical Information Letter: 09-2006 | CYM-01727865 |
| DTX 564 | Medical Information Letter: 09-2007 | CYM-01727876 |
| DTX 565 | Email from FDA to Lilly, 10-21-2004 | CYM-01735330 |
| DTX 566 | Cymbalta Medication Guide: PV5080AMP, 01-12-2005 | CYM-01737170 |
| DTX 567 | 2008 Labeling Summary | CYM-01737202 |
| DTX 568 | Cymbalta Draft Label: 0.35 NL 3600 AMP, 06-17-2004 | CYM-01793264 |
| DTX 569 | CDER, Cross Discipline Team Leader Review, NDA 22-148, Approval Date 06-13-2008 | n/a |
| DTX 570 | Letter to Lilly from FDA, 02-18-2005 | n/a |
| DTX 571 | Letter to Lilly from FDA, 08-02-2007 | n/a |

| DTX 572 | Arnold, Lesley M. et al.,  A Double-Blind, Multicenter Trial Comparing Duloxetine With Placebo in the Treatment of Fibromyalgia Patients With or Without Major Depressive Disorder, Arthritis & Rheumatism (2004) | n/a |
|---|---|---|
| DTX 573 | Arnold, Lesley M. et al., A randomized, double-blind, placebo controlled trial of duloxetine in the treatment of women with fibromyalgia with or without major depressive disorder, Pain (2005) | n/a |
| DTX 574 | Arnold, Lesley M., Review Biology and therapy of fibromyalgia: New therapies in fibromyalgia, Arthritis Research & Therapy (2006) | n/a |
| DTX 575 | Arnold, Lesley M. et al., Comparisons of the Efficacy and Safety of Duloxetine for the Treatment of Fibromyalgia in Patients with Versus Without Major Depressive Order, Clinical Journal of Pain (2009) | n/a |
| DTX 576 | Arnold, Lesley M. et al., Flexible Dosed Duloxetine in the Treatment of Fibromyalgia: A Randomized, double-blind, Placebo-controlled Trial, Journal of Rheumatology (2010) | n/a |
| DTX 577 | Arnold, Lesley M. et al., Improvement in multiple dimensions of fatigue in patients with fibromyalgia treated with duloxetine: secondary analysis of a randomized, placebo-controlled trial, Arthritis Research & Therapy (2011) | n/a |
| DTX 578 | Berger, A. et al., Characteristics and healthcare costs of patients with fibromyalgia syndrome, International Journal of Clinical Practice (2007) | n/a |
| DTX 579 | Cascade, Elisa et al., Real-World Data on SSRI Antidepressant Side Effects, Psychiatry (Edgemont) (2009) | n/a |
| DTX 580 | Clauw, Daniel J., Fibromyalgia: A clinical review, Journal of the American Medical Association (2014) | n/a |
| DTX 581 | Cruz, Martin P. et al., Duloxetine HCl (Cymbalta) for the Treatment of Depression, Neuropathic Pain, Fibromyalgia, and Stress Urinary Incontinence, P&T (2006) | n/a |
| DTX 582 | Dussias, Peter et al., Treatment of Fibromyalgia, Psychiatry (Edgemont) (2010) | n/a |
| DTX 583 | Julien, Nancy et al., Widespread pain in fibromyalgia is related to a deficit of endogenous pain inhibition, Pain (2005) | n/a |
| DTX 584 | Holliday, Kate L. et al., Recent Advances in the Understanding of Genetic Susceptibility to Chronic Pain and Somatic Symptoms, Current Rheumatology Reports (2011) | n/a |
| DTX 585 | Hsu, Eric S., Acute and Chronic Pain Management in Fibromyalgia: Updates on Pharmacotherapy, American Journal of Therapeutics (2011) | n/a |
| DTX 586 | Kato, K. et al., A population-based twin study of functional somatic syndromes, Psychological Medicine (2009) | n/a |

| DTX 587 | Kleinman, Nathan et al., Burden of Fibromyalgia and Comparisons With Osteoarthritis in the Workforce, Journal of Occupational and Environmental Medicine (2009) | n/a |
|---|---|---|
| DTX 588 | Lyrica Label: 08-2011 | n/a |
| DTX 589 | McBeth, John et al., Epidemiology of chronic musculoskeletal pain, Best Practice & Research Clinical Rheumatology (2007) | n/a |
| DTX 590 | McCarberg, Bill H., Clinical Overview of Fibromyalgia, American Journal of Therapeutics (2012) | n/a |
| DTX 591 | Mease, Philip J. et al., Long-Term Safety, Tolerability, and Efficacy of Duloxetine in the Treatment of Fibromyalgia, Semin Arthritis Rheum (2010) | n/a |
| DTX 592 | Pergolizzi, Joseph V. et al.,  A Review of Duloxetine 60 mg Once-Daily Dosing for the Management of Diabetic Peripheral Neuropathic Pain, Fibromyalgia, and Chronic Musculoskeletal Pain Due to Chronic Osteoarthritis Pain and Low Back Pain, Pain Practice (2012) | n/a |
| DTX 593 | Phillips, Kristine et al., Central Pain Mechanisms in the Rheumatic Diseases,  Arthritis & Rheumatism (2013) | n/a |
| DTX 594 | Duloxetine in fibromyalgia, Prescrire International (2009) | n/a |
| DTX 595 | Rahman, Anisur et al., Fibromyalgia, Clinical review, BMJ (2014) | n/a |
| DTX 596 | Russell, Jon et al., Efficacy and safety of duloxetine for treatment of fibromyalgia in patients with out without major depressive disorder: Results from a 6-month, randomized, double-blind, placebo-controlled, fixed-dose trial, Pain (2008) | n/a |
| DTX 597 | Sansone, Randy A. et al., Serotonin Norepinephrine Reuptake Inhibitors: A Pharmacological Comparison, Innovations In Clinical Neuroscience (2014) | n/a |
| DTX 598 | Staud, Roland et al., Mechanisms of Disease: pain in fibromyalgia syndrome, Nature Reviews Rheumatology (2006) | n/a |
| DTX 599 | Üçeyler, Nurcan et al., Anticonvulsants for fibromyalgia, The Cochrane Collaboration (2013) | n/a |
| DTX 600 | White, Leigh Ann et al., Employees With Fibromyalgia: Medical Comorbidity, Healthcare Costs, and Work Loss, Journal of Occupational and Environmental Medicine (2008) | n/a |
| DTX 601 | Wolfe, Frederick et al., The American College of Rheumatology 1990 Criteria for the Classification of Fibromyalgia: Report of the Multicenter Criteria Committee, Arthritis Rheum (1990) | n/a |
| DTX 602 | Wolfe, Frederick et al., The prevalence and characteristics of fibromyalgia in the general population, Arthritis Rheum (1995) | n/a |

| | | |
|---|---|---|
| DTX 603 | Wolfe, Frederick et al., Fibromyalgia Criteria and Severity Scales for Clinical and Epidemiological Studies: A Modification of the ACR Preliminary Diagnostic Criteria for Fibromyalgia, Journal of Rheumatology (2011) | n/a |
| DTX 604 | Wright, Alan et al., Duloxetine in the treatment of chronic pain due to fibromyalgia and diabetic neuropathy, Journal of Pain Research (2010) | n/a |
| DTX 605 | World Health Organization, Global Health Estimates 2014 Summary Tables: DALY BY CAUSE, AGE AND SEX, BY WORLD BANK INCOME CATEGORY, 2000-2012 (2012), http://www.who.int/healthinfo/global_burden_disease/en/ | n/a |
| DTX 606 | Allgulander, C. et al., A non-inferiority comparison of duloxetine and venlafaxine in the treatment of adult patients with generalized anxiety disorder,  Journal of Psychopharmacology (2008) | n/a |
| DTX 607 | Anxiety and Depression Association of America, Facts & Statistics (2014), http://www.adaa.org/about-adaa/press-room/facts-statistics | n/a |
| DTX 608 | Blier, Pierre et al., Physiologic mechanisms underlying the antidepressant discontinuation syndrome, Journal of Clinical Psychiatry (2006) | n/a |
| DTX 609 | Bystritsky, Alexander, Pharmacotherapy for generalized anxiety disorder, UpToDate (2014), http://www.uptodate.com/contents/pharmacotherapy-for-generalized-anxiety-disorder | n/a |
| DTX 610 | Depression and Bipolar Support Alliance (DBSA), Depression Statistics, DBSA (2014), http://www.dbsalliance.org/site/PageServer?pagename=education_statistics_depression | n/a |
| DTX 611 | CDER, Medical Review #2, NDA 21-427, Approval Date 08-03-2004 | n/a |
| DTX 612 | Hall-Flavin, Daniel K., Antidepressant Withdrawal: Is There Such a Thing?, Mayo Clinic, (2013) http://www.mayoclinic.org/diseases-conditions/depression/expert-answers/antidepressant-withdrawal/faq-20058133 | n/a |
| DTX 613 | Jarrett Robin B. et al., Unipolar depression in adults: Continuation and maintenance treatment,  UpToDate (2014), http://www.uptodate.com/contents/unipolar-depression-in-adults-continuation-and-maintenance-treatment | n/a |
| DTX 614 | Lyness, Jeffrey M., Unipolar depression in adults: Assessment and diagnosis, UpToDate (2014) http://www.uptodate.com/contents/unipolar-depression-in-adults-assessment-and-diagnosis | n/a |

| | | |
|---|---|---|
| DTX 615 | Centers for Disease Control and Prevention,Current Depression Among Adults - United States, 2006 and 2008, MMWR Morbidity and Mortality Weekly Report (2010) | n/a |
| DTX 616 | National Institute of Mental Health, Depression, National Institutes of Health (Publication No. 11-3561) (2011), http://infocenter.nimh.nih.gov/nimh/product/Depression/NIH %2011-3561 | n/a |
| DTX 617 | Perahia, David G. et al., Symptoms Following Abrupt Discontinuation of Duloxetine Treatment in Patients with Major Depressive Disorder, Journal of Affective Disorders (2005), | n/a |
| DTX 618 | Pinkerton, JoAnn V. et al., Menstrual cycle-related exacerbation of disease, American Journal of Obstetrics & Gynecology (2010) | n/a |
| DTX 619 | Rosenbaum, Jerrold F. et al., Clinical Management of Antidepressant Discontinuation, J. Clin. Psychiatry (1997) | n/a |
| DTX 620 | Schatzberg, Alan F. et al., Antidepressant Discontinuation Syndrome: Consensus Panel Recommendations for Clinical Management and Additional Research, J. Clin. Psychiatry (2006) | n/a |
| DTX 621 | Warner, Christopher H. et al., Antidepressant Discontinuation Syndrome, American Family Physician (2006) | n/a |
| DTX 622 | WebMD, Antidepressant Withdrawal (2014) http://www,webmd,com/depression/guide/withdrawal-from-antidepressants, | n/a |
| DTX 623 | World Health Organization Depression Fact Sheet No. 369, October 2012, World Health Organization (2012) http://www.who.int/mediacentre/factsheets/fs369/en/ | n/a |
| DTX 624 | Zajecka, John et al., Discontinuation Symptoms After Treatment With Serotonin Reuptake Inhibitors: A Literature Review, J. Clin. Psychiatry (1997) | n/a |
| DTX 625 | FDA, Guidance for Industry: Adverse Reactions Section of Labeling for Human Prescription Drug and Biological Products — Content and Format (2006) | n/a |
| DTX 626 | FDA, Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment (2005) | n/a |
| DTX 627 | International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use, ICH Harmonized Tripartite Guideline: Pharmacovigilance Planning E2E (2004) | n/a |
| DTX 628 | FDA, Guidance for Industry: Providing Postmarket Periodic Safety Reports in the ICH E2C(R2) Format (Periodic Benefit-Risk Evaluation Report) (2013) | n/a |
| DTX 629 | Haddad, Peter M., Antidepressant Discontinuation Syndromes: Clinical Relevance, Prevention and Management, Drug Safety (2001) | n/a |

| DTX 630 | UCLA, Antidepressants, The Handbook of Psychiatry (Guze, Barry et al. eds, 1990) | n/a |
|---------|---|---|
| DTX 631 | American Psychiatric Association, Practice Guideline for Major Depressive Disorder in Adults, American Journal of Psychiatry (1993) | n/a |
| DTX 632 | American Psychiatric Association, Practice Guideline for the Treatment of Patients with Major Depressive Disorder, American Journal of Psychiatry (2d ed. 2000), http://psychiatryonline.org/pb/assets/raw/sitewide/practice_guidelines/guidelines/mdd | n/a |
| DTX 633 | UCLA, The Psychiatric Drug Handbook (Guze, Barry et al. eds,1992) | n/a |
| DTX 634 | FDA Anesthetic Life Support Drugs Advisory Committee Meeting, Food and Drug Administration (Aug. 19, 2010) | n/a |
| DTX 635 | Letter to Wyeth Pharmaceuticals Inc. from FDA,12-12-2012 | n/a |
| DTX 636 | Celexa Label: 11-19-2002 | n/a |
| DTX 637 | Effexor Label: 01-31-2003 | n/a |
| DTX 638 | Lexapro Approval Package, 21-323/S-003 & 21-365/S-004 | n/a |
| DTX 639 | Paxil Review Package, NDA 20-031/S-029 | n/a |
| DTX 640 | Zoloft Label: 08-19-2004 | n/a |
| DTX 641 | Lexapro Label: 08-02-2007 | n/a |
| DTX 642 | Celexa Label: 07-17-1998 | n/a |
| DTX 643 | Paxil Label: 05-11-1999 | n/a |
| DTX 644 | FDA,  Adverse Event Reporting System (FAERS) (2014) | n/a |
| DTX 645 | CDER, Pharmacology Review #2, NDA 21-427, Approval Date 08-03-2004 | n/a |
| DTX 646 | Celexa Label: 07-08-2014 | n/a |
| DTX 647 | Effexor Label: 12-12-2012 | n/a |
| DTX 648 | Lexapro Label: 07-08-2014 | n/a |
| DTX 649 | Paxil Label: 07-18-2014 | n/a |
| DTX 650 | Zoloft Label: 09-12-2014 | n/a |
| DTX 651 | Cymbalta Labeling Changes Chronology | n/a |
| DTX 652 | Cymbalta Medication Guide Changes Timeline | n/a |
| DTX 653 | American Psychiatric Publishing (APP), The American Psychatric Publishing Textbook of Psychiatry (Hales, Robert E. et al. eds. 5th ed. 2008) | n/a |
| DTX 654 | American Psychiatric Publishing (APP), The American Psychatric Publishing Textbook of Psychiatry (Hales, Robert E. et al. eds. 6th ed. 2014) | n/a |
| DTX 655 | American Psychiatric Association, Practice Guideline for the Treatment of Patients with Major Depressive Disorder (3d ed. 2010) | n/a |
| DTX 656 | Lyrica Label: 12-2013 | n/a |
| DTX 657 | Letter to GlaxoSmithKline from FDA, 01-12-2005 | n/a |

| DTX 658 | CDER, Medical Review #3, NDA 21-427, Approval Date 08-03-2004 | n/a |
| DTX 659 | CDER, Pharmacology Review #3, NDA 21-427, Approval Date 08-03-2004 | n/a |
| DTX 660 | Fava, Maurizio et al., Emergence of Adverse Events Following Discontinuation of Treatment With Extended-Release Venlafaxine, Am. J. Psychiatry (1997) | n/a |
| DTX 661 | Fava, M., Prospective Studies of Adverse Events Related to Antidepressant Discontinuation, J. Clin. Psychiatry (2006) | n/a |
| DTX 662 | Giakas, WJ et al., Intractable Withdrawal from Venlafaxine Treated with Fluoxetine, Psychiatric Annals (1997) | n/a |
| DTX 663 | Haddad, Peter M., Newer Antidepressants and the Discontinuation Syndrome, J. Clinc. Psychiatry (1997) | n/a |
| DTX 664 | Kaplan, Eric, Antidepressant Noncompliance as a Factor in the Discontinuation Syndrome, J. Clin. Psychiatry (1997) | n/a |
| DTX 665 | Lejoyeux, Michel, et al., Antidepressant Discontinuation: A Review of the Literature, J. Clin. Psychiatry (1997) | n/a |
| DTX 666 | Schatzberg, Alan F. et al., Serotonin Reuptake Inhibitor Discontinuation Syndrome: Hypothetical Definition, J. Clin. Psychiatry (1997) | n/a |
| DTX 667 | Schatzberg, Alan F. et al., Possible Biological Mechanisms of the Serotonin Reuptake Inhibitor Discontinuation Syndrome, J. Clin. Psychiatry (1997) | n/a |
| DTX 668 | Schatzberg, Alan F. et al., Antidepressant Discontinuation Syndrome: An Update on Serotonin Reuptake Inhibitors, J. Clin. Psychiatry 1997) | n/a |
| DTX 669 | Young, A.H. et al., Physicians' Knowledge of Antidepressant Withdrawal Effects: A Survey, J. Clin. Psychiatry (1997) | n/a |
| DTX 670 | Perahia, David G.S. et al., A randomized, double-blind comparison of duloxetine and venlafaxine in the treatment of patients with major depressive disorder, Journal of Psychiatric Research (2008) [Designated as Perahia Ex. 22] | n/a |
| DTX 671 | Cymbalta Labeling Changes Chronology [Designated as Becker Ex. 05] | n/a |
| DTX 672 | Cymbalta Medication Guide Changes Timeline [Designated as Becker Ex. 06] | n/a |
| DTX 673 | Perahia, David G. et al., Symptoms Following Abrupt Discontinuation of Duloxetine Treatment in Patients with Major Depressive Disorder, Journal of Affective Disorders (2005) [Designated as Glenmullen Ex. 03] | n/a |
| DTX 674 | Paxil Label: 07-18-2014 [Designated as Glenmullen Ex. 06] | n/a |
| DTX 675 | Perahia, David G. et al., Symptoms Following Abrupt Discontinuation of Duloxetine Treatment in Patients with Major Depressive Disorder, Journal of Affective Disorders (2005) [Designated as Morris 06] | n/a |
| DTX 676 | Paxil Label: 07-18-2014 [Designated as Morris Ex. 10] | n/a |

| DTX 677 | Cymbalta Label: A NL3606AMP [Designated as Herrera Ex. 02] | n/a |
|---------|------------------------------------------------------------|-----|
| DTX 678 | Letter to FDA from Lilly (excerpt), 05-15-2009 | CYM-00181988 |
| DTX 679 | Sales Aid, 2007 | CYM-01083233 |
| DTX 680 | Sales Aid, 2007 | CYM-01083299 |
| DTX 681 | Sales Aid, 2007 | CYM-01085318 |
| DTX 682 | Sales Aid, 2007 | CYM-01089658 |
| DTX 683 | FDA Submission (excerpt), 05-15-2008 | CYM-00581799 |
| DTX 684 | FDA Submission (excerpt), 03-24-2003 | CYM-00705893 |
| DTX 685 | FDA Submission (excerpt), 04-13-2007 | CYM-01083232 |
| DTX 686 | FDA Submission (excerpt), 05-31-2007 | CYM-01085286 |
| DTX 687 | Sales Aid, 2008 | CYM-01098048 |
| DTX 688 | Sales Aid, 2008 | CYM-01098248 |
| DTX 689 | Sales Aid, 2008 | CYM-01124018 |
| DTX 690 | Sales Aid, 2008 | CYM-01132411 |
| DTX 691 | Sales Aid, 2009 | CYM-01135815 |
| DTX 692 | Sales Aid, 2009 | CYM-01135884 |
| DTX 693 | FDA Submission (excerpt), 11-30-1999 | CYM-01606967 |
| DTX 694 | Letter to Lilly from FDA, 01-14-2000 | CYM-01607049 |
| DTX 695 | Implementation Guide, 2004 | CYM-01866309 |
| DTX 696 | Letter from Lilly to FDA (excerpt), 05-15-2009 | CYM-00181988 |
| DTX 697 | Complaint, Ali (Ed Va.) (ECF 01), 11-26-2014 | n/a |
| DTX 698 | Buchwald, A., A review of the evidence for overlap among unexplained clinical conditions, Annals of Internal Medicine (2001) | n/a |
| DTX 699 | Allgulander C, Hartford J, Russell J, Ball S, Erickson J, Raskin J, Rynn M. Pharmacotherapy of generalized anxiety disorder: results of duloxetine treatment from a pooled analysis of three clinical trials. Current Medical Research and Opinion (2007) | n/a |
| DTX 700 | Hales RE, Yodofsky SC, and Gabbard (GO).  American Psychiatric Publishing Textbook of Psychiatry 2008; (5th ed.) Washington, DC: American Psychiatric Association. | n/a |
| DTX 701 | Clinical Study Report: 102G | CYM-00704465 |
| DTX 702 | Clinical Study Report: 221G | CYM-00704522 |
| DTX 703 | NDA 21-427, 11-12-2001 | CYM-00704575 |
| DTX 704 | Clinical Study Report: 311G | CYM-00704639 |
| DTX 705 | Clinical Study Report: 312G | CYM-00704723 |
| DTX 706 | Clinical Study Report: 313G | CYM-00704934 |
| DTX 707 | Clinical Study Report: 322G | CYM-00705033 |
| DTX 708 | Clinical Study Report: 323G | CYM-00705125 |
| DTX 709 | Clinical Study Report: 324G | CYM-00705218 |
| DTX 710 | Clinical Study Report: 401G | CYM-00705312 |
| DTX 711 | NDA 21-427, 11-12-2001 | CYM-00705365 |
| DTX 712 | Clinical Study Report: 1009 | CYM-00705561 |

| DTX 713 | NDA 21-427, 11-12-2001 | CYM-00700162 |
|---------|------------------------|--------------|
| DTX 714 | Letter to FDA from Lilly, 03-24-2003 | CYM-00705896 |
| DTX 715 | Clinical Study Report: E001 | CYM-01488751 |
| DTX 716 | Clinical Study Report: HMAG | CYM-00700335 |
| DTX 717 | Clinical Study Report: HMAH | CYM-00700642 |
| DTX 718 | Clinical Study Report: HMAI | CYM-01023292 |
| DTX 719 | Clinical Study Report: HMAW | CYM-00703214 |
| DTX 720 | Clinical Study Report: HMAY(b) - Treatment of Depression (b) | CYM-00700257 |
| DTX 721 | Clinical Study Report: HMAY(b) - Treatment of Depression (a) | CYM-00700199 |
| DTX 722 | Clinical Study Report: SAAA | CYM-01488829 |
| DTX 723 | Clinical Study Report: SAAB - Abbreviated | CYM-01489058 |
| DTX 724 | Clinical Study Report: SAAH - Synopsis | CYM-00703280 |
| DTX 725 | Clinical Study Report: SAAI - Synopsis | CYM-00703421 |
| DTX 726 | Clinical Study Report: SAAL - Abbreviated | CYM-01489337 |
| DTX 727 | Clinical Study Report: SAAW | CYM-01489689 |
| DTX 728 | Clinical Study Report: SBAM - Abbreviated | CYM-00703743 |
| DTX 729 | Clinical Study Report: SBAT  - Abbreviated | CYM-00703860 |
| DTX 730 | Clinical Study Report: SBAU - Abbreviated | CYM-00703981 |
| DTX 731 | Clinical Study Report: SBAV | CYM-00704033 |
| DTX 732 | Clinical Study Report: SBAW - Clinical Table of Contents | CYM-00704177 |
| DTX 733 | Clinical Study Report: SBAX - Abbreviated | CYM-00704235 |
| DTX 734 | Clinical Study Report: SBAY - Abbreviated | CYM-00704330 |
| DTX 735 | Clinical Study Report: SBBL - Abbreviated | CYM-00704381 |
| DTX 736 | Clinical Study Report: 321G Synopsis | CYM-01217798 |
| DTX 737 | Clinical Study Report: Background Overview | CYM-01217869 |
| DTX 738 | Clinical Study Report: HMAV(a) - Extension Synopsis | CYM-01221703 |
| DTX 739 | Clinical Study Report: HMAV(b) - Synopsis | CYM-81221835 |
| DTX 740 | Clinical Study Report: HMAW - Extension | CYM-01221307 |
| DTX 741 | Clinical Study Report: HMAW | CYM-01212296 |
| DTX 742 | Clinical Study Report: HMBO | CYM-01221956 |
| DTX 743 | Clinical Study Report: HMBT - Abbreviated | CYM- 01223629 |
| DTX 744 | Clinical Study Report: HMBT | CYM-01215476 |
| DTX 745 | Clinical Study Report: HMBU - Synopsis | CYM-01224662 |
| DTX 746 | Clinical Study Report: HMBV Synopsis | CYM-01224775 |
| DTX 747 | Clinical Study Report: HMBY (Acute) Synopsis | CYM-01224862 |
| DTX 748 | Clinical Study Report: HMBY (Extension) Synopsis | CYM-01224923 |
| DTX 749 | Clinical Study Report: HMBZ Synopsis | CYM-01217055 |
| DTX 750 | Clinical Study Report: HMCA Abbreviated | CYM-01213127 |
| DTX 751 | Clinical Study Report: HMCB Abbreviated | CYM-01213194 |
| DTX 752 | Clinical Study Report: HMCB | CYM-01213265 |
| DTX 753 | Clinical Study Report: HMCN Synopsis | CYM-01217006 |
| DTX 754 | Clinical Study Report: HMCQ Synopsis | CYM-01224649 |
| DTX 755 | Clinical Study Report: List of Clinical Studies Module 5.2 | CYM-01217810 |

| DTX 756 | Clinical Study Report: MDD Low Dose | CYM-01226217 |
|---------|-------------------------------------|--------------|
| DTX 757 | Clinical Study Report: SBAB - Abbreviated | CYM-01216281 |
| DTX 758 | Clinical Study Report: SBAB - Abbreviated | CYM-01217110 |
| DTX 759 | Clinical Study Report: SBAF - Abbreviated | CYM-01225656 |
| DTX 760 | Clinical Study Report: SBAF - Abbreviated | CYM-01217229 |
| DTX 761 | Clinical Study Report: SBAM - Abbreviated | CYM-01224978 |
| DTX 762 | Clinical Study Report: SBAM - Abbreviated | CYM-01217317 |
| DTX 763 | Clinical Study Report: SBAU - Synopsis | CYM-01217559 |
| DTX 764 | Clinical Study Report: SBAW Synopsis | CYM-01217635 |
| DTX 765 | Clinical Study Report: SBAY - Synopsis | CYM-01217696 |
| DTX 766 | Clinical Study Report: SBBA - Abbreviated | CYM-01216885 |
| DTX 767 | Clinical Study Report: SBBL - Abbreviated | CYM-01225559 |
| DTX 768 | Clinical Study Report: SBBM - Abbreviated | CYM-01217745 |
| DTX 769 | Clinical Study Report: SBBO - Abbreviated | CYM-01216639 |
| DTX 770 | Clinical Study Report: SBBR | CYM-01216784 |
| DTX 771 | Clinical Study Report: SBBT | CYM-01216931 |
| DTX 772 | Clinical Study Report: SBBX - Abbreviated | CYM-01217483 |
| DTX 773 | Clinical Study Report: SBCC - Abbreviated | CYM-01225458 |
| DTX 774 | Clinical Study Report: TOC | CYM-01212296 |
| DTX 775 | Clinical Study Report: 1008 | CYM-00799457 |
| DTX 776 | Clinical Study Report: 1009 | CYM-00800454 |
| DTX 777 | Clinical Study Report: 102G | CYM-00790327 |
| DTX 778 | Clinical Study Report: 221G | CYM-00795644 |
| DTX 779 | Clinical Study Report: 301G | CYM-00796871 |
| DTX 780 | Clinical Study Report: 311G | CYM-01499923 |
| DTX 781 | Clinical Study Report: 312G | CYM-01499950 |
| DTX 782 | Clinical Study Report: 313G | CYM-00787036 |
| DTX 783 | Clinical Study Report: 321G | CYM-00788609 |
| DTX 784 | Clinical Study Report: 322G | CYM-00792710 |
| DTX 785 | Clinical Study Report: 323G | CYM-00793887 |
| DTX 786 | Clinical Study Report: 324G | CYM-00797623 |
| DTX 787 | Clinical Study Report: 401G | CYM-00798704 |
| DTX 788 | Clinical Study Report: 5.2.1 Tabular Listing of All Clinical Studies | CYM-00818392 |
| DTX 789 | Clinical Study Report: HMAV(b) - Extension Abbreviated | CYM-00778429 |
| DTX 790 | Clinical Study Report: HMAV(a) - Abbreviated | CYM-00753122 |
| DTX 791 | Clinical Study Report: HMAW | CYM-00779233 |
| DTX 792 | Clinical Study Report: HMAW - Abbreviated | CYM-00825530 |
| DTX 793 | Clinical Study Report: HMAY(b) | CYM-00954150 |
| DTX 794 | Clinical Study Report: HMBC | CYM-00880440 |
| DTX 795 | Clinical Study Report: HMBO | CYM-00952450 |
| DTX 796 | Clinical Study Report: HMBT - Abbreviated | CYM-00951650 |
| DTX 797 | Clinical Study Report: HMBU - Synopsis | CYM-00804153 |
| DTX 798 | Clinical Study Report: HMBY - Abbreviated | CYM-00804360 |
| DTX 799 | Clinical Study Report: HMBY - Abbreviated | CYM-00804465 |

| DTX 800 | Clinical Study Report: HMBZ - Abbreviated | CYM-00804563 |
|---------|-------------------------------------------|--------------|
| DTX 801 | Clinical Study Report: HMBZ - Abbreviated | CYM-00804677 |
| DTX 802 | Clinical Study Report: HMCA | CYM-00784016 |
| DTX 803 | Clinical Study Report: HMCB - Abbreviated | CYM-00804815 |
| DTX 804 | Clinical Study Report: HMCJ | CYM-00790015 |
| DTX 805 | Clinical Study Report: HMCM | CYM-00804941 |
| DTX 806 | Clinical Study Report: HMCN | CYM-00805726 |
| DTX 807 | Clinical Study Report: HMCQ | CYM-00805921 |
| DTX 808 | Clinical Study Report: HMCR | CYM-00806192 |
| DTX 809 | Clinical Study Report: HMCR - Extension | CYM-00806365 |
| DTX 810 | Clinical Study Report: HMCV | CYM-00862118 |
| DTX 811 | Clinical Study Report: HMCZ | CYM-00806581 |
| DTX 812 | Clinical Study Report: HMDG | CYM-00806961 |
| DTX 813 | Clinical Study Report: HMDH - Synopsis | CYM-00807072 |
| DTX 814 | Clinical Study Report: HMDI Synopsis | CYM-00807149 |
| DTX 815 | Clinical Study Report: HMDR | CYM-00807240 |
| DTX 816 | Clinical Study Report: HMDV | CYM-00738285 |
| DTX 817 | Clinical Study Report: HMDW | CYM-00738432 |
| DTX 818 | Clinical Study Report: HMEF | CYM-00790139 |
| DTX 819 | Clinical Study Report: HMEH | CYM-00790247 |
| DTX 820 | Clinical Study Report: HQAC - Abbreviated | CYM-00807372 |
| DTX 821 | Clinical Study Report: SBAB | CYM-00807730 |
| DTX 822 | Clinical Study Report: SBAB - Synopsis | CYM-00810989 |
| DTX 823 | Clinical Study Report: SBAF | CYM-00811160 |
| DTX 824 | Clinical Study Report: SBAF - Synopsis | CYM-00816390 |
| DTX 825 | Clinical Study Report: SBAM - Abbreviated | CYM-00816684 |
| DTX 826 | Clinical Study Report: SBAM - Synopsis | CYM-00818518 |
| DTX 827 | Clinical Study Report: SBAT | CYM-00866320 |
| DTX 828 | Clinical Study Report: SBAU - Synopsis | CYM-00818787 |
| DTX 829 | Clinical Study Report: SBAV | CYM-00892298 |
| DTX 830 | Clinical Study Report: SBAW - Synopsis | CYM-00819099 |
| DTX 831 | Clinical Study Report: SBAX | CYM-00876205 |
| DTX 832 | Clinical Study Report: SBAY - Synopsis | CYM-00819537 |
| DTX 833 | Clinical Study Report: SBBA - Abbreviated | CYM-00820201 |
| DTX 834 | Clinical Study Report: SBBM - Synopsis | CYM-00820246 |
| DTX 835 | Clinical Study Report: SBBO | CYM-00901537 |
| DTX 836 | Clinical Study Report: SBBO - Synopsis | CYM-00820563 |
| DTX 837 | Clinical Study Report: SBBR - Synopsis | CYM-00823234 |
| DTX 838 | Clinical Study Report: SBBX - Abbreviated | CYM-00808804 |
| DTX 839 | Clinical Study Report: SBCC - Abbreviated | CYM-00904099 |
| DTX 840 | Clinical Study Report: SBCC - Synopsis | CYM-00809099 |
| DTX 841 | Clinical Study Report: SBCD - Abbreviated | CYM-00908766 |
| DTX 842 | Clinical Study Report: SBCM - Synopsis | CYM-00810786 |
| DTX 843 | Clinical Study Report: SBCT - Synopsis | CYM-00810887 |
| DTX 844 | Clinical Study Report: Table of Contents | CYM-00818373 |

| DTX 845 | ClinStat: Table of Contents | CYM-00982125 |
|---------|------------------------------|--------------|
| DTX 846 | Clinical Study Report: HMBC | CYM-00984377 |
| DTX 847 | Clinical Study Report: HMDG - Synopsis | CYM-00991735 |
| DTX 848 | Clinical Study Report: 5.2.1 Tabular Listing of All Clinical Studies | CYM-01140228 |
| DTX 849 | Clinical Study Report: 5.3.5.3. Additional Analyses of Safety for Duloxetine Hydrochloride | CYM-01199292 |
| DTX 850 | Clinical Study Report: HMBO | CYM-01189297 |
| DTX 851 | Clinical Study Report: HMCJ | CYM-01143897 |
| DTX 852 | Clinical Study Report: HMEF | CYM-01151177 |
| DTX 853 | NDA 21-427, Note to Reviewer | CYM-00081941 |
| DTX 854 | Letter to Lilly from FDA, 08-28-2007 | CYM-00570200 |
| DTX 855 | Letter to Lilly from FDA, 09-05-2007 | CYM-01112692 |
| DTX 856 | Clinical Study Report: HMEN - Synopsis | CYM-00183815 |
| DTX 857 | Clinical Study Report: HMEO - Synopsis | CYM-00186875 |
| DTX 858 | Clinical Study Report: HMEP | CYM-00189878 |
| DTX 859 | Clinical Study Report: HMFG - Synopsis | CYM-00191632 |
| DTX 860 | Clinical Study Report: 5.2.Tabular Listing of All Clinical Studies | CYM-00183807 |
| DTX 861 | Clinical Study Report: 5.3.5.3. Multistudy-Analyses | CYM-00193633 |
| DTX 862 | Clinical Study Report: 2.7.6 Synopses of Individual Studies | CYM-00183772 |
| DTX 863 | Letter to Lilly from FDA, 03-23-2003 | CYM-00705896 |
| DTX 864 | Clinical Study Report: HMAY(a) | CYM-01491447 |
| DTX 865 | Clinical Study Report: HMAU | CYM-01036949 |
| DTX 866 | Letter to FDA from Lilly, 03-12-2002 | CYM-00727610 |
| DTX 867 | Clinical Study Report: HMAU | CYM-00831146 |
| DTX 868 | Clinical Study Report: HMCK | CYM-00342797 |
| DTX 869 | Clinical Study Report: HMCK - Synopsis | CYM-00342788 |
| DTX 870 | Clinical Study Report: HMCL | CYM-00355944 |
| DTX 871 | Clinical Study Report: HMCL - Synopsis | CYM-00355935 |
| DTX 872 | Clinical Study Report: HMEQ - Amended Study | CYM-00075461 |
| DTX 873 | Clinical Study Report: HMEQ - Synopsis | CYM-00075457 |
| DTX 874 | Clinical Study Report: HMFR - Abbreviated | CYM-00312431 |
| DTX 875 | Clinical Study Report: HMFR - Synopsis | CYM-00312427 |
| DTX 876 | Clinical Study Report: HMGC | CYM-00161639 |
| DTX 877 | Clinical Study Report: HMGC - Synopsis | CYM-00161633 |
| DTX 878 | Clinical Study Report: HMGL - Synopsis | CYM-00329686 |
| DTX 879 | Jann, Michael W. et al., Antidepressant Agents for the Treatment of Chronic Pain and Depression, Pharmacotherapy (2007) | n/a |
| DTX 880 | Mayo Clinic, Diseases and Conditions: Depression (major depressive disorder) (2013), http://www.mayoclinic.org/diseases-conditions/depression/basics/definition/con-20032977 | n/a |

| DTX 881 | Stahl, Stephen M. et al., SNRIs: The Pharmacology, Clinical Efficacy, and Tolerability in Comparison with Other Classes of Antidepressants, CNS Spectrums (2005) | n/a |
|---|---|---|
| DTX 882 | WebMD, Stopping Antidepressants: Is it Withdrawal? (2015) http://www.webmd.com/depression/guide/withdrawal-from-antidepressants | n/a |
| DTX 883 | Wolfe, Robert M., Antidepressant Withdrawal Reactions, American Family Physician (1997) | n/a |
| DTX 884 | Cymbalta Label: 01-30-2009 | CYM-02327672 |
| DTX 885 | Email from FDA to Lilly, 10-21-2004 | CYM-01735330 |
| DTX 886 | Complaint, Hagain-Brown (ED Va.), (ECF 01), 11-26-2014 | n/a |
| DTX 887 | Cymbalta Clinical Study Results - Summaries Eli Lilly & Co. Clinical Trial Website http://lillytrials.com/results/Cymbalta.pdf | n/a |
| DTX 888 | Email from Qi Zhang to D. Perahia, subject "Re: abrupt vs taper discontinuation," 10-02-2008 | CYM-01795150 |
| DTX 889 | Attachment to 10-02-2008 Email from Qi Zhang to D. Perahia, subject "Re: abrupt vs taper discontinuation | CYM-01795152 |
| DTX 890 | Multistudy-analyses Reports of Analyses of Data from More than One Study for Cymbalta (Duloxetine hydrochloride) Chronic Pain, 05-12-09 | CYM-00193633 |
| DTX 891 | Supportive Optional Document to the Duloxetine Core Data Sheet Pre-Read Based on Clinical Trial Data in the Adult Population, 03-06-2012 [Designated as Wohlreich Ex. 15] | CYM-01868698 |
| DTX 892 | Clinical Trial Study: HMBU - Regulatory Response | CYM-00144439 |
| DTX 893 | Clinical Trial Study: HMCQ - Regulatory Response | CYM-00148929 |
| DTX 894 | Email from D. Perahia to J. Plewes, subject "Re: RESOLUTION of issue Re: Cymbalta: Slides and Study Citation for 30 mg "down-titration" dose, 04-16-2007 | CYM-01937389 |
| DTX 895 | Email from M. Detke to M. Wohreich, subject "Re: Draft:: suggested wording for initial dosing change in LEAPS. Comments/suggestion welcomed.," 03-12-2004 | CYM-02805689 |
| DTX 896 | Cymbalta Label: PV7219AMP, 09-07-2011 [Designated as Ahmed Ex. 03] | |
| DTX 897 | Perahia, David G. et al., Symptoms Following Abrupt Discontinuation of Duloxetine Treatment in Patients with Major Depressive Disorder, Journal of Affective Disorders (2005) [Designated as Ahmed Ex. 04] | |
| DTX 898 | Cymbalta Label: PV7219AMP, 09-07-2011 [Designated as Bahadori Ex. 02] | CYM-00028678 |
| DTX 899 | Cymbalta Label 6-13-2007 [Designated as Detke Ex. 30] | CYM-01092811 |
| DTX 900 | Clinical Study Report: HMDU [Designated as Glenmullen Ex. 12] | CYM-00755360 |
| DTX 901 | Cymbalta Data Impact Test with PCPs Powerpoint [Designated as Morris Ex. 03] | CYM-02784272 |

| DTX 902 | FDA Submission (excerpt), 03-24-2003 [Designated as Morris Ex. 04] | CYM-00705893 |
|---------|---------------------------------------------------------------------|--------------|
| DTX 903 | Cymbalta Label: PV5906AMP, 11-28-2007 [Designated as Morris Ex. 05] | CYM-01097939 |
| DTX 904 | Clinical Study Report: 5.3.5.3. Multistudy-Analyses [Designated as Morris Ex. 06] | CYM-00193633 |
| DTX 905 | Paxil CR Label [Designated as Morris Ex. 07] | n/a |
| DTX 906 | Paxil CR Label [Designated as Morris Ex. 08] | n/a |
| DTX 907 | Schatzberg, Alan F. et al., Antidepressant Discontinuation Syndrome: An Update on Serotonin Reuptake Inhibitors, J. Clin. Psychiatry 1997) [Designated as Morris Ex. 09] | n/a |
| DTX 908 | Declaration of Kathy A. Landen, Saavedra (ECF 126), 03-03-2014 | n/a |
| DTX 909 | Declaration of Sarah L. Helgeson, Saavedra (ECF 55), 03-27-2013 | n/a |
| DTX 910 | Declaration of Sarah L. Helgeson, Saavedra (ECF124), 03-03-2013 | n/a |
| DTX 911 | Declaration of Sharon Hoog, M.D., Saavedra (ECF 56) 03-27-2013 | n/a |
| DTX 912 | Defendant's Notice of Motion & Motion for Summary Judgment, Saavedra (ECF 54) 03-27-2013 | n/a |
| DTX 913 | Defendant's Motion for Summary Judgment, Carnes (ECF 24) 09-09-2013 | n/a |
| DTX 914 | Opinion and Order re Motion for Summary Judgment, Carnes (ECF 29) 12-16-2013 | n/a |
| DTX 915 | Opinion, McDowell (ECF 54) 02-26-2015 | n/a |
| DTX 916 | Letter to FDA from Lilly, 11-13-2009 | CYM-00159733 |
| DTX 917 | Labeling Submission (excerpt), 11-19-2009 | CYM-00159809 |
| DTX 918 | Labeling Submission (excerpt), 05-15-2009 | CYM-00181988 |
| DTX 919 | Labeling Submission (excerpt), 11-12-2009 | CYM-00300391 |
| DTX 920 | Labeling Submission (excerpt), 11-19-2009 | CYM-00300421 |
| DTX 921 | Labeling Submission (excerpt), 04-29-2011 | CYM-00319575 |
| DTX 922 | Labeling Submission (excerpt), 09-09-2011 | CYM-00324272 |
| DTX 923 | Email from P. Hiren to M. Kuntz, subject "RE: NDA 21427/S034," 10-31-2011 | CYM-00325070 |
| DTX 924 | Labeling Submission (excerpt), 09-16-2011 | CYM-00331199 |
| DTX 925 | Email from M. Kuntz to H. Patel, subject "RE: NDA 21427_S-032_S-038_ …," 04-27-2012 | CYM-00382472 |
| DTX 926 | Email from H. Patel to M. Kuntz, subject "RE: NDA 21427_S-032_S-038_ …," 06-04-2012 | CYM-00382642 |
| DTX 927 | Labeling Submission (excerpt), 04-03-2012 | CYM-00504811 |
| DTX 928 | Integrated Summary of Safety, 11-12-2001 | CYM-00702033 |
| DTX 929 | Labeling Submission (excerpt), 12-22-2003 | CYM-00708291 |
| DTX 930 | Letter to Lilly from FDA, 09-13-2002 | CYM-00727673 |
| DTX 931 | Letter to Lilly from FDA (excerpt), 01-12-2005 | CYM-00728864 |

| DTX 932 | Medication Guide: PV5280AMP | |
|---|---|---|
| DTX 933 | Labeling Submission (excerpt), 12-13-2007 | CYM-01093765 |
| DTX 934 | Letter to Lilly from FDA, 08-28-2007 | CYM-01112659 |
| DTX 935 | Letter to Lilly from FDA (incl. attachment), 09-09-2005 | CYM-01236531 |
| DTX 936 | Letter to Lilly from FDA (incl. attachment), 09-21-2007 | CYM-01250524 |
| DTX 937 | Clinical Study Report: HMDT | CYM-01737172 |
| DTX 938 | CDER Approval Package, NDA 21-427/S-015, S-017 (excerpts) | |
| DTX 939 | CDER Medical Review, NDA 21-733 (excerpts) | |
| DTX 940 | CDER Medical Review, NDA 22-148 (excerpts) | |
| DTX 941 | CDER Medical Review, NDA 22-516 (excerpts) | |
| DTX 942 | Celexa Medication Guide 08/12/2011 | |
| DTX 943 | Cymbalta Label, 01-30-2009 | |
| DTX 944 | Cymbalta Label, 08-02-2007 | |
| DTX 945 | Effexor Label & Medication Guide, 08-24-2012 | |
| DTX 946 | Effexor Label, 05-02-2001 | |
| DTX 947 | Effexor Medication Guide, 12-12-2012 | |
| DTX 948 | Effexor XR Label, 10-22-2002 | |
| DTX 949 | ICH, Guideline for Industry: Structure & Content of Clinical Study Reports (1996) | |
| DTX 950 | Letter to Forest Laboratories from FDA, 04-08-2004 | |
| DTX 951 | Letter to Forest Laboratories from FDA, 08-12-2011 | |
| DTX 952 | Letter to GlaxoSmithKline from FDA, 03-21-2011 | |
| DTX 953 | Letter to Lilly from FDA (incl. attachment), 11-07-2010 | |
| DTX 954 | Letter to Lilly from FDA (incl. attachment), 3-26-2009 | |
| DTX 955 | Letter to Lilly from FDA, 01-16-2014 | |
| DTX 956 | Letter to Pfizer Pharmaceuticals from FDA, 08-19-2004 | |
| DTX 957 | Letter to Wyeth-Ayerst from FDA, 01-31-2003 | |
| DTX 958 | Lexapro Label, 08-29-2002 | |
| DTX 959 | Lexapro Label, 05-12-2011 | |
| DTX 960 | Lexapro Label, 11-27-2002 | |
| DTX 961 | Lexapro Label, 12-18-2003 | |
| DTX 962 | Paxil Label, 01-12-2005 | |
| DTX 963 | Paxil Label, 04-13-2001 | |
| DTX 964 | Paxil Label, 12-14-2001 | |
| DTX 965 | Brief Chronology, Ali [Designated as Glenmullen Ex. 03] | n/a |
| DTX 966 | Discovery, Ali, Pls. Responses to Def First Set Interrogatories, 02-11-2015 [Designated as Ali Ex. 03] | n/a |
| DTX 967 | Police Report, Ali | n/a |
| DTX 968 | Police Report, Ali [Designated as Glenmullen Ex. 14] | n/a |
| DTX 969 | Symptoms List, Ali [Designated as Glenmullen Ex. 04] | n/a |
| DTX 970 | Medical Records, Ali, Alexandria Healthcare Center | ALIJ_AHC_0001 |
| DTX 971 | Medical Records, Ali, Alexandria Healthcare Center [Designated as Glenmullen Ex. 11] | ALIJ_AHC_0001 |
| DTX 972 | Medical Records, Ali, Arthritis Clinic of Northern V | ALIJ_ACNV_0001 |

| DTX 973 | Medical Records, Ali, Bijan Youssefi, M.D | ALIJ_YOUSSEFIB_0001 |
|---|---|---|
| DTX 974 | Medical Records, Ali, Center for Women's Health | ALIJ_CWH_0001 |
| DTX 975 | Medical Records, Ali, CVS PHARMACY | ALIJ_CP_0001 |
| DTX 976 | Medical Records, Ali, CVS PHARMACY  [Designated as Ali Ex. 01] | ALIJ_CP_0001 |
| DTX 977 | Medical Records, Ali, CVS PHARMACY [Designated as Ahmed Ex. 02] | ALIJ_CP_0001 |
| DTX 978 | Medical Records, Ali, Dr. Anvita Parhar | ALIJ_PARHARA_0001 |
| DTX 979 | Medical Records, Ali, Dr. Thonia Gab-Allah | ALIJ_GABALLAHT_0001 |
| DTX 980 | Medical Records, Ali, INOVA Fairfax Hospital | ALIJ_IFH_0001 |
| DTX 981 | Medical Records, Ali, John P. McConnell, MD | ALIJ_MCCONNELLJ_0001 |
| DTX 982 | Medical Records, Ali, Matthew D. Williams, M.D. | ALIJ_WILLIAMSM_0001 |
| DTX 983 | Medical Records, Ali, Mega Life &Health Ins. Co | ALIJ_MLHIC_0001 |
| DTX 984 | Medical Records, Ali, Mohammad Hogue, M.D | ALIJ_HOGUEM_0001 |
| DTX 985 | Medical Records, Ali, Mussarat Tahira, M.D | ALIJ_TAHIRAM_0001 |
| DTX 986 | Medical Records, Ali, Nasreem Sheikh, M.D | ALIJ_SHEIKHN_0001 |
| DTX 987 | Medical Records, Ali, Nevera Ahmed,MD | ALIJ_AHMEDN_0001 |
| DTX 988 | Medical Records, Ali, Nevera Ahmed,MD [Designated as Ahmed Ex. 01] | ALIJ_AHMEDN_0001 |
| DTX 989 | Medical Records, Ali, Nevera Ahmed,MD [Designated as Ali Ex. 02] | ALIJ_AHMEDN_0001 |
| DTX 990 | Medical Records, Ali, Nevera Ahmed,MD [Designated as Glenmullen Ex. 10] | ALIJ_AHMEDN_0001 |
| DTX 991 | Medical Records, Ali, Patriot Sports Medicine | ALIJ_PSM_0001 |
| DTX 992 | Medical Records, Ali, RITE-AID Corporation | ALIJ_RAC_0001 |
| DTX 993 | Medical Records, Ali, Virginia Hospital Center | ALIJ_VH_0001 |
| DTX 994 | Medical Records, Ali, Walter Wang, M.D. | ALIJ_WANGW_0001 |

Dated June 17, 2015

Respectfully submitted,

*/s/ Jeffrey Todd Bozman*

Jeffrey Todd Bozman (VSB 83679)
Michael X. Imbroscio (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
Brian Stekloff (*pro hac vice*)
Brett C. Reynolds (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20003
Tel: (202) 662-5335
Fax: (202) 778-5335
jbozman@cov.com
*Attorneys for Defendant Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2015, I will electronically file the

foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification

of such filing (NEF) to the following:

Peter A. Miller
Brielle Marie Hunt
Miller Legal LLC
175 S. Pantops Drive, Third Floor
Charlottesville, VA 22911
Tel: (434) 529-6909
Fax: (888) 830-1488
Email: PMiller@MillerLegalLLC.com
bhunt@millerlegalllc.com

R. Brent Wisner, Esq. (*pro hac vice*)
BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444
Email: rbwisner@baumhedlundlaw.com

*Counsel for Plaintiff*

/s/ Jeffrey T. Bozman
Jeffrey Todd Bozman (VA 83679)
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-5829
Fax: (202) 778-5829
jbozman@cov.com
*Counsel for Eli Lilly and Company*