IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GILDA HAGAN-BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-1614 (AJT/JFA) |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| an Indiana Corporation, ) | |
| ) | |
| Defendant. ) | |
| JANINE ALI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:14-cv-1615 (AJT/JFA) |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| an Indiana Corporation, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties having appeared before the Court for the final pretrial conference on June 18, 2015, it is hereby

ORDERED that Plaintiffs' Motions to Transfer [14:cv-1614 Doc. No. 21 & 14-cv-1615 Doc. No. 23] be, and the same hereby are, deemed WITHDRAWN; it is further

ORDERED that the parties shall file any motions for summary judgment or *Daubert* motions within ten (10) days of the date of this order; it is further

ORDERED that the Court will hold a hearing on any such motions at 10:00 AM on July 31, 2015; it is further

ORDERED that this action be set for a jury trial beginning on Monday, August 24, 2015; it is further

ORDERED that the parties schedule a settlement conference with the magistrate judge.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
_____
Anthony J. Trenga
United States District Judge

June 18, 2015
Alexandria, Virginia