IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JANINE ALI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 1:14cv1615 (AJT/JFA) |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant. | ) ) |

### ORDER

This matter is before the court on plaintiff's motion for sanctions. (Docket no. 100). For the reasons stated from the bench, it is hereby

ORDERED that the motion for sanctions is granted in part and denied in part. Plaintiff is given leave to supplement her expert report to address the Arlington County Court records provided on June 1, 2015 if necessary. Plaintiff is also given leave to depose the officer involved in the complaint filed in Arlington County on August 3, 2012 and defendant shall be responsible for the costs of that deposition, including the attorney's fees for one counsel for the plaintiff. Plaintiff is hereby awarded $3,000.00 for the fees incurred in filing this motion.

Entered this 19th day of June, 2015.

/s/
John F. Anderson
United States Magistrate Judge

John F. Anderson
United States Magistrate Judge

Alexandria, Virginia