**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| GILDA HAGAN-BROWN <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, an Indiana corporation, <br><br> Defendant. | CASE NO.: 1:14-CV-01614 |
| JANINE ALI <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY, an Indiana corporation, <br><br> Defendant. | CASE NO.: 1:14-CV-01615 |

**<u>DEFENDANT'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS</u>**

Pursuant to the Court's Trial Orders in both of the above-captioned cases, dated June 24, 2015, Defendant Eli Lilly and Company ("Lilly") hereby submits objections to Plaintiffs' designated deposition testimony and supporting documentation. Each challenged transcript designation has been highlighted in yellow and the nature of the objection can be found in the margins. Consistent with the Court's Orders, supporting documentation has been submitted providing a short explanation of the dispute and why the designation is improper.

Lilly notes that it previously filed objections to Plaintiffs' exhibits. To the extent an exhibit is excluded by the Court, Lilly maintains that testimony regarding such exhibit must be excluded as well.

Dated July 15, 2015

Respectfully submitted,
*/s/ Jeffrey Todd Bozman*
Jeffrey Todd Bozman (VSB 83679)
Michael X. Imbroscio (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
Brian Stekloff (*pro hac vice*)
Brett C. Reynolds (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20003
Tel: (202) 662-5335
Fax: (202) 778-5335
jbozman@cov.com
*Attorneys for Defendant Eli Lilly and Company*

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2015, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Peter A. Miller
    Brielle Marie Hunt
    MILLER LEGAL LLC
    175 S. Pantops Drive, Third Floor
    Charlottesville, VA 22911
    Tel: (434) 529-6909
    Fax: (888) 830-1488
    pmiller@millerlegalllc.com
    bhunt@millerlegalllc.com

    R. Brent Wisner (pro hac vice)
    BAUM, HEDLUND, ARISTEI & GOLDMAN, P.C.
    12100 Wilshire Blvd., Suite 950
    Los Angeles, CA 90025
    Tel: (310) 207-3233
    Fax: (310) 820-7444
    rbwisner@baumhedlundlaw.com
    Counsel for Plaintiffs

Dated July 15, 2015

Respectfully submitted,
*/s/ Jeffrey Todd Bozman*
Jeffrey Todd Bozman (VSB 83679)
Michael X. Imbroscio (*pro hac vice*)
Paul W. Schmidt (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
Brian Stekloff (*pro hac vice*)
Brett C. Reynolds (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20003
Tel: (202) 662-5335
Fax: (202) 778-5335
jbozman@cov.com
*Attorneys for Defendant Eli Lilly and Company*