**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| GILDA HAGAN-BROWN,<br><br>                Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>                Defendant. | Case No. 1:14-cv-01614-AJT-JFA<br><br>Hon. Anthony J. Trenga<br>Hon. John F. Anderson |
| JANINE ALI,<br><br>                Plaintiff,<br><br>  v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>                Defendant. | Case No. 1:14-cv-01615-AJT-JFA<br><br>Hon. Anthony J. Trenga<br>Hon. John F. Anderson |

**PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR BRIEF CONTINUANCE OF TRIAL**

Plaintiffs oppose Lilly's request for a continuance. Plaintiffs have already arranged for the appearance of witnesses and travel and hotels for attorneys and expert witnesses. In addition, vacations have been changed to accommodate the upcoming trial schedules. The parties have been working diligently to resolve trial-related issues with the expectation the cases would proceed to trial on August 24, 2015. Lilly should not be allowed to delay trial in this case because of trials ongoing in other courts in light of the fact that Lilly has systematically opposed any efforts to centralize, including opposing creation of a Multi District Litigation. Plaintiffs are

ready for trial and would like it to proceed on August 24, 2015.

Dated: July 29, 2015   Respectfully submitted,

**MILLER LEGAL, LLC**

/s/ Peter A. Miller
Peter A. Miller, Esq. (Va. Bar 47822)
pmiller@millerlegalllc.com
175 S. Pantops Drive, Ste. 301
Charlottesville, VA 22911
Tele (434) 529-6909
Fax (888) 830-1488

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**
R. Brent Wisner, Esq. (*pro hac vice*)
rbwisner@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

     I, Peter A. Miller, hereby certify that on the 29th day of July, 2015, a true copy of the foregoing PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR BRIEF CONTINUANCE OF TRIAL was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the following:

Jeffrey Todd Bozman
Michael X. Imbroscio *(pro hac vice)*
Phyllis A. Jones *(pro hac vice)*
Brett C. Reynolds *(pro hac vice)*
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
Tele (202) 662-5335
Fax (202) 778-5535

/s/ Peter A. Miller
Peter A. Miller
MILLER LEGAL LLC
Va. Bar 47822
175 S. Pantops Drive, Ste. 301
Charlottesville, VA 22911
Tele (434) 529-6909
Fax (888) 830-1488
pmiller@millerlegalllc.com